***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

SALMAN RANCH, LTD, a New Mexico Limited Partnership, and William J. Salman as Tax Matters Partner,

Plaintiffs,

v.

**UNITED STATES OF AMERICA**,

Defendant.

No. 06-503 T
**(Judge Christine O.C. Miller)**

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David R. House as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows:

David R. House, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

July 27, 2006

s/David R. House
David R. House
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202) 616-3366
Fax (202) 514-9440
David.R.House@usdoj.gov