**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Salman Ranch LTD, a New Mexico Limited Partnership, and William J. Salman as Tax Matters Partner Partner, | § | |
| Plaintiffs, | § | Case No. 06-503-T |
| v. | § | Judge Christine O.C. Miller |
| United States of America, | § | |
| Defendant. | § | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Adam M Cohen as alternate attorney of record for Plaintiff. Please serve all pleadings to Adam M Cohen in the future to the following address:

Adam M Cohen
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8372
Fax: (303) 713-6264
acohen@hollandhart.com

August 22, 2006

/s/ Adam M. Cohen____________________________
Adam M Cohen
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8372
Fax: (303) 713-6264
acohen@hollandhart.com