**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Salman Ranch LTD, a New Mexico Limited Partnership, and William J. Salman as Tax Matters Partner Partner, | § | |
| Plaintiffs, | § | Case No. 06-503-T |
| | § | Judge Christine O.C. Miller |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

**MOTION FOR CHANGE OF ATTORNEY OF RECORD**

Plaintiffs Salman Ranch LTD and William J. Salman, as tax matters partner ("Plaintiffs"), hereby move the Court for a change of attorney of record in this case. Adam M. Cohen of Holland & Hart LLP will replace Rick D. Bailey of Holland & Hart LLP as attorney of record for Plaintiffs effective immediately. Attached to this motion are an affidavit executed by Mr. Cohen and a consent signed by Mr. Bailey.

August 24, 2006

/s/ Adam M. Cohen
Adam M Cohen
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8372
Fax: (303) 713-6264
acohen@hollandhart.com

3596758_1.DOC