**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Salman Ranch LTD, a New Mexico Limited Partnership, and William J. Salman as Tax Matters Partner Partner, | § | |
| Plaintiffs, | § | Case No. 06-503-T |
| v. | § | Judge Christine O.C. Miller |
| United States of America, | § | |
| Defendant. | § | |

**AFFIDAVIT OF ADAM M. COHEN**

1. My name is Adam M. Cohen. I practice law for Holland & Hart LLP, located at 555 Seventeenth St., Suite 3200, Denver, CO 80202. I am admitted to practice in the United States Court of Federal Claims.

2. Plaintiffs Salman Ranch LTD and William J. Salman, as tax matters partner, have elected to have me serve as attorney of record, and I will replace Rick D. Bailey as attorney of record in this case effective immediately.

DATED this 24th day of August, 2006.

Adam M. Cohen

STATE OF COLORADO )
) ss.
DENVER COUNTY )

Subscribed and sworn to before me this 24th day of August, 2006, by Adam M. Cohen.

Witness my hand and official seal.

My Commission expires:
11/15/09

LINDA MCLAIN
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 11/15/2009

Notary Public

3596775_1.DOC