# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Salman Ranch LTD, a New Mexico Limited Partnership, and William J. Salman as Tax Matters Partner Partner, | § | |
| | § | Case No. 06-503-T |
| Plaintiffs, | § | |
| | § | Judge Christine O.C. Miller |
| v. | § | |
| | § | |
| United States of America, | § | |
| | § | |
| Defendant. | § | |

## CONSENT TO CHANGE OF ATTORNEY OF RECORD

Rick D. Bailey, former attorney of record for Plaintiffs Salman Ranch LTD and William J. Salman, as tax matters partner ("Plaintiffs"), hereby consents to Plaintiffs' motion for change of counsel in this case. Adam M. Cohen of Holland & Hart LLP will be the attorney of record for Plaintiffs in this case effective immediately.

August 24, 2006

Rick D. Bailey
Holland & Hart LLP
8390 E. Crescent Pkwy., Suite 400
Denver, CO 80111
Phone: (303) 290-1600
Fax: (303) 290-1606
rbailey@hollandhart.com

Salman Ranch_ Consent of Rick Bailey.DOC