# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SALMAN RANCH LTD, and WILLIAM J. SALMAN, as Tax Matters Partner,** *

Plaintiffs, *

v. * No. 06-503T

**THE UNITED STATES,** * (Filed Dec. 11, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs' unopposed motion filed this date for an enlargement of time is granted. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiffs shall file their motion for summary judgment by February 2, 2007. The court will set a date for filing of the Joint Preliminary Status Report after a ruling on plaintiffs' motion.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge