# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Salman Ranch LTD, a New Mexico Limited Partnership, and William J. Salman as Tax Matters Partner Partner, | § | |
| | § | Case No. 06-503-T |
| Plaintiffs, | § | |
| | § | Judge Christine O.C. Miller |
| v. | § | |
| | § | |
| United States of America, | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF WILLIAM J. SALMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

William J. Salman, pursuant to 28 U.S.C. § 1746, declares:

1. I make this Declaration based upon personal knowledge, as general partner of Salman Ranch LTD (the "Partnership") and of William J. Salman Family Limited Partnership ("WJS FLP") and individually, in support of Plaintiffs' Motion for Summary Judgment.

2. William Salman Ranch, Inc. (the "Corporation") was incorporated in New Mexico on March 1, 1974.

3. The Corporation operated a ranch in Mora County, New Mexico known as the Salman Ranch (the "Ranch") from 1974 to 1986.

4. Beginning in about 1976, my siblings, David M. Salman and Frances S. Koenig, and I and our families began receiving stock in the Corporation as gifts.

5. On December 1, 1986, the shareholders and directors of William Salman Ranch, Inc. adopted resolutions to dissolve the Corporation.

6. By deeds and bills of sale, the Corporation transferred the Ranch to the shareholders on December 22, 1986.

7. On December 22, 1986, the shareholders (and their interest in the Corporation) were myself (8.7286%), David M. Salman (8.7286%), Frances S. Koenig (8.7276%), the Frances D. Salman Testamentary Trust (46.3235%), David Mark Salman (4.0336%), Michael Richard Salman (4.0336%), Jefferson Brandli Salman (7.3190%), Lynn Koenig (4.0336%), Lisa Koenig (4.0336%) and Julia S. Koenig (4.0373%).

8. On January 1, 1987, Salman Ranch LTD (the "Partnership") was formed and each of the former shareholders of the Corporation contributed their undivided interests in the Ranch to the Partnership.

9. The interests in the Partnership from January 1, 1987 to January 1, 1989 were:

| Name | General Partner Interest | Limited Partner Interest |
|---|---|---|
| William J. Salman | 0.74982% | 7.97878% |
| David M. Salman | 0.74982% | 7.97878% |
| Frances S. Koenig | 0.74982% | 7.97878% |
| Frances D. Koenig Testamentary Trust | 0.0% | 46.3235% |
| David Mark Salman | 0.0% | 4.0336% |
| Michael R. Salman | 0.0% | 4.0336% |
| Jefferson B. Salman | 0.0% | 7.3190% |
| Lynn Koenig | 0.0% | 4.0336% |
| Lisa Koenig | 0.0% | 4.0336% |

| | | |
|---|---|---|
| Julia Koenig | 0.0% | 4.0373% |

10. On January 1, 1989, the Frances D. Salman Testamentary Trust distributed its interests in the Partnership to William J. Salman, David M. Salman and Frances S. Koenig, in roughly equal parts.

11. On October 8, 1999, each of myself, David Mark Salman, Michael R. Salman, Aaron G. Salman, Jacob M. Salman, David M. Salman, Jefferson B. Salman, Molly M. Salman, Mackenzie A. Salman, Frances S. Koenig, Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn and Emma M. Reford (the "Relevant Taxpayers") entered into short sales of U.S. Treasury Notes, bearing 5.625% coupons.

12. These short sale resulted in aggregate cash proceeds of approximately $10,982,373.

13. On or about October 13, 1999, the Relevant Taxpayers transferred the short positions and the cash proceeds to the Partnership.

14. The Partnership closed the short sales shortly thereafter at a cost of approximately $10,980.688.

15. On November 30, 1999, David Mark Salman, Michael R. Salman, Aaron G. Salman, Jacob M . Salman and I contributed a portion of our interests in the Partnership to WJS FLP.

16. On November 30, 1999, David M. Salman, Jefferson B. Salman, Molly M. Salman and Mackenzie A. Salman contributed a portion of their interests in the Partnership to DMS FLP.

17. On November 30, 1999, Frances S. Koenig, Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn and Emma M. Reford contributed a portion of their interests in the Partnership to FSK FLP.

18. After the transfers referenced in Declarations 15 through 17, the interests in the Partnership were:

| Name | General Partner Interest | Limited Partner Interest |
|---|---|---|
| William J. Salman | 0.74982% | 0.5000% |
| David M. Salman | 0.74982% | 0.5000% |
| Frances S. Koenig | 0.74982% | 0.5000% |
| David Mark Salman | 0.0% | 0.5000% |
| Michael R. Salman | 0.0% | 0.5000% |
| Jefferson B. Salman | 0.0% | 0.5000% |
| Lynn Koenig | 0.0% | 0.5000% |
| Lisa Koenig | 0.0% | 0.5000% |
| Julia Koenig | 0.0% | 0.5000% |
| Rachel Trojahn | 0.0% | 0.5000% |
| Jacob M. Salman | 0.0% | 0.5000% |
| Aaron G. Salman | 0.0% | 0.5000% |
| Molly M. Salman | 0.0% | 0.5000% |
| Mackenzie A. Salman | 0.0% | 0.5000% |
| Emma Redford | 0.0% | 0.5000% |
| WJS FLP | 0.0% | 28.9871% |

| | | |
|---|---|---|
| DMS FLP | 0.0% | 28.7390% |
| FSK FLP | 0.0% | 32.5245% |

19. On December 23, 1999, the Partnership sold a portion of the Ranch for $7,088,588.
20. As part of the sale on December 23, 1999, the Partnership also sold an option to acquire the remainder of the Ranch (with the exception of approximately 2400 acres surrounding the original hacienda, the buildings located near to the original hacienda and the dwelling house of David M. Salman), with an option price of $100,000 and an exercise price of $656.12 per acre.
21. The Partnership filed its IRS Form 1065 for the tax year ending December 31, 1999, during 2000. A true and correct copy of this return is attached hereto as Exhibit "A."
22. WJS FLP filed its IRS Form 1065 for the tax year ending December 31, 1999 on or before April 17, 2000. A true and correct copy of this return is attached hereto as Exhibit "B."
23. DMS FLP and FSK FLP filed their respective IRS Form 1065 for the tax year ending December 31, 1999 during 2000.
24. DMS FLP and FSK FLP each reported its share from the sale to its partners on their respective tax returns for the 1999 Tax Year and on the Schedule K-1s issued by each of them for that year to their respective partners.
25. I filed my IRS Form 1040 for the tax year ending December 31, 1999 on or before April 17, 2000. A true and correct copy of this return is attached hereto as Exhibit "C."

26. David Mark Salman, Michael R. Salman, Aaron G. Salman, Jacob M. Salman, David M. Salman, Jefferson B. Salman, Molly M. Salman, Mackenzie A. Salman, Frances S. Koenig, Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn and Emma M. Reford filed their respective IRS Forms 1040 for the tax year ending December 31, 1999 during 2000.
27. All of the Relevant Taxpayers reported (and paid tax on) their share from the sale on IRS Forms 1040 for the 1999 Tax Year.
28. I responded to the IRS's Information Document Request on behalf of the Partnership on March 27, 2006.
29. None of the Partnership, WJS FLP, DMS FLP, FSK FLP , David Mark Salman, Michael R. Salman, Aaron G. Salman, Jacob M. Salman, David M. Salman (on his own behalf or on behalf of the partners of DMS FLP), Jefferson B. Salman, Molly M. Salman, Mackenzie A. Salman, Frances S. Koenig (on her own behalf or on behalf of the partners of FSK FLP), Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn, Emma M. Reford or I (on my own behalf or on behalf of the partners of the Partnership or WJS FLP) agreed to any extension of the periods provided in 26 U.S.C. § 6501 or 26 U.S.C. § 6229.
30. None of WJS FLP, DMS FLP, FSK FLP , David Mark Salman, Michael R. Salman, Aaron G. Salman, Jacob M. Salman, David M. Salman, Jefferson B. Salman, Molly M. Salman, Mackenzie A. Salman, Frances S. Koenig, Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn, Emma M. Reford or I (in our capacities as notice partner or tax matters partner of the Partnership) received a Notice of Final

Partnership Administrative Adjustment from the Internal Revenue Service at any point on or before December 31, 2003 for the tax year ending December 31, 1999.

31. None of David Mark Salman, Michael R. Salman, Aaron G. Salman, Jacob M. Salman, David M. Salman, Jefferson B. Salman, Molly M. Salman, Mackenzie A. Salman, Frances S. Koenig, Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn, Emma M. Reford or I have received any statutory notices of deficiency from the Internal Revenue Service for the tax year ending December 31, 1999.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 23, 2007.

William J. Salman

William J. Salman