EXHIBIT A
TO
DECLARATION OF WILLIAM J. SALMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

TAX RETURN OF SALMAN RANCH LTD
TAX YEAR ENDING DECEMBER 31, 1999

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Partnership Return of Income

For calendar year 1999, or tax year beginning DECEMBER 01, 1999 and ending DECEMBER 31, 1999

▶ See separate instructions.

OMB No 1545-0099

**1999**

| | | |
|---|---|---|
| A Principal business activity<br>RANCHING | Use the IRS label. Otherwise, please print or type.<br>Name of partnership<br>SALMAN RANCH, LTD. | D Employer identification number<br>85-0351252 |
| B Principal product or service<br>CROPS AND CATTLE | Number, street, and room or suite no If a P O box, see instructions<br>P.O. BOX 40 | E Date business started<br>01/01/1987 |
| C Business code number<br>112111 | City or town, state, and ZIP code<br>LAS VEGAS, NM 87701 | F Total assets (see instructions)<br>$ 16,164,927 |

G Check applicable boxes: (1) ☒ Initial return (2) ☐ Final return (3) ☐ Change in address (4) ☐ Amended return

H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 21

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | Line | Description | | | Line | Amount |
|---|---|---|---|---|---|---|
| Income | 1 a | Gross receipts or sales | 1a | | | |
| | b | Less returns and allowances | 1b | | 1c | NONE |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | NONE |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | -5,591 |
| | 6 | Net gain (loss) from Form 4797, Part II, line 18 | | | 6 | |
| | 7 | Other income (loss) (attach schedule) | | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | -5,591 |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | |
| | 10 | Guaranteed payments to partners | | | 10 | 3,956 |
| | 11 | Repairs and maintenance | | | 11 | |
| | 12 | Bad debts | | | 12 | |
| | 13 | Rent | | | 13 | |
| | 14 | Taxes and licenses | | | 14 | |
| | 15 | Interest | | | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) | 16a | NONE | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | NONE |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| | 18 | Retirement plans, etc | | | 18 | |
| | 19 | Employee benefit programs | | | 19 | |
| | 20 | Other deductions (attach schedule) | | | 20 | |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 3,956 |
| | 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | | 22 | -9,547 |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member ▶ Date

**Paid Preparer's Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's signature ▶ | Date 04/12/00 | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN | 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 |
| Firm's name (or yours if self-employed) and address ▶ | ARTHUR ANDERSEN LLP<br>1225 17TH STREET, SUITE 3100 DENVER CO | | EIN ▶<br>ZIP code ▶ | 36-0732690<br>80202 |

## Schedule A Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | NONE |

9a Check all methods used for valuing closing inventory:
- (i) ☐ Cost as described in Regulations section 1.471-3
- (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Other (specify method used and attach explanation) ▶

b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐

c Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☒ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No
If "Yes," attach explanation.

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ General partnership b ☒ Limited partnership c ☐ Limited liability company<br>d ☐ Limited liability partnership e ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | X | |
| 3 | Is this partnership a partner in another partnership? | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | X | |
| 5 | Does this partnership meet **ALL THREE** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000 **AND**<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 1999, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** in the instructions | X | |

## Designation of Tax Matters Partner (see instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ DAVID M. SALMAN    Identifying number of TMP ▶ 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

Address of designated TMP ▶ P.O. BOX 40

## Schedule K Partners' Shares of Income, Credits, Deductions, etc.

| Section | Line | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | -9,547 |
| | 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | 1,142 |
| | 3 a | Gross income from other rental activities — 3a | | |
| | b | Expenses from other rental activities (attach schedule) — 3b | | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 | Portfolio income (loss): | | |
| | a | Interest income | 4a | 260 |
| | b | Ordinary dividends | 4b | 4,785 |
| | c | Royalty income | 4c | |
| | d | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | |
| | e | Net long-term capital gain (loss) (attach Schedule D (Form 1065)): | | |
| | | (1) 28% rate gain (loss) ▶ (2) Total for year ▶ | 4e(2) | |
| | f | Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 | Guaranteed payments to partners | 5 | 3,956 |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) (attach Form 4797) | 6 | 338,312 |
| | 7 | Other income (loss) (attach schedule) | 7 | |
| Deductions | 8 | Charitable contributions (attach schedule) SEE STMT 1 | 8 | 1 |
| | 9 | Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 | Deductions related to portfolio income (itemize) SEE STMT 2 | 10 | 10 |
| | 11 | Other deductions (attach schedule) | 11 | |
| Credits | 12 a | Low-income housing credit: | | |
| | | (1) From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 12a(1) | |
| | | (2) Other than on line 12a(1) for property placed in service before 1990 | 12a(2) | |
| | | (3) From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 12a(3) | |
| | | (4) Other than on line 12a(3) for property placed in service after 1989 | 12a(4) | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12b | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d | Credits related to other rental activities | 12d | |
| | 13 | Other credits | 13 | |
| Investment Interest | 14 a | Interest expense on investment debts | 14a | |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b(1) | 5,045 |
| | | (2) Investment expenses included on line 10 above | 14b(2) | 10 |
| Self-Employment | 15 a | Net earnings (loss) from self-employment | 15a | 3,745 |
| | b | Gross farming or fishing income | 15b | 17,716 |
| | c | Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16 a | Depreciation adjustment on property placed in service after 1986 | 16a | 234 |
| | b | Adjusted gain or loss | 16b | |
| | c | Depletion (other than oil and gas) | 16c | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17 a | Type of income ▶ | | |
| | b | Name of foreign country or U.S. possession ▶ | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | |
| | d | Total applicable deductions and losses (attach schedule) | 17d | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | |
| | g | Other foreign tax information (attach schedule) | 17g | |
| Other | 18 | Sec 59(e)(2) expenditures: a Type ▶ b Amount ▶ | 18b | |
| | 19 | Tax-exempt interest income | 19 | |
| | 20 | Other tax-exempt income | 20 | |
| | 21 | Nondeductible expenses LIFE INSURANCE | 21 | 39 |
| | 22 | Distributions of money (cash and marketable securities) | 22 | |
| | 23 | Distributions of property other than money | 23 | |
| | 24 | Other items and amounts required to be reported separately to partners (attach schedule) | | |

## Analysis of Net Income (Loss)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Sch K, lns 1 through 7 in col (b). From the result, subtract the sum of Sch K, lns 8 through 11, 14a, 17e, & 18b | | | | | 1 | 338,897 |
| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/ Other |
| a | General partners | | 7,529 | | | | |
| b | Limited partners | | | 29,081 | 302,287 | | |

## Schedule L Balance Sheets per Books (Not required if Question 5 on Schedule B is answered "Yes.")

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | 6,615,099 |
| 2a | Trade notes and accounts receivable | | | 79,159 | |
| b | Less allowance for bad debts | | | | 79,159 |
| 3 | Inventories | | | | 54,154 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach schedule) | SEE STMT 3 | | | 50,643 |
| 7 | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach schedule) | | | | |
| 9a | Buildings and other depreciable assets | | | 86,866 | |
| b | Less accumulated depreciation | | | | 86,866 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | 9,279,006 |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach schedule) | | | | |
| 14 | Total assets | | | | 16,164,927 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | 14,406 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | 60,000 |
| 17 | Other current liabilities (attach schedule) | SEE STMT 4 | | | 179,875 |
| 18 | All nonrecourse loans | | | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach schedule) | | | | |
| 21 | Partners' capital accounts | | | | 15,910,646 |
| 22 | Total liabilities and capital | | | | 16,164,927 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

(Not required if Question 5 on Schedule B is answered "Yes." See the instructions.)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 334,902 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest$ | |
| 2 | Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | | | |
| 3 | Guaranteed payments (other than health insurance) | 3,956 | 7 | Deductions included on Schedule K, lines 1 through 11, 14a, 17e, and 18b, not charged against book income this year (itemize): a Depreciation$ | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17e, and 18b (itemize): a Depreciation $ b Travel and entertainment $ SEE STMT 5 39 | 39 | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 338,897 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1) Subtract line 8 from line 5 | 338,897 |

## Schedule M-2 Analysis of Partners' Capital Accounts (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | | 6 | Distributions: a Cash | |
| 2 | Capital contributed during year. SEE STMT 6 | 15,575,744 | | b Property | |
| 3 | Net income (loss) per books | 334,902 | 7 | Other decreases (itemize): | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 15,910,646 | 9 | Balance at end of year. Subtract line 8 from line 5 | 15,910,646 |

ACTIVITY: ACTIVITY 1

**SCHEDULE F (Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Farming

SCHEDULE F - 1

▶ Attach to Form 1040, Form 1041, Form 1065, or Form 1065-B.

▶ See Instructions for Schedule F (Form 1040).

OMB No 1545-0074

**1999**

Attachment Sequence No 14

Name of proprietor: SALMAN RANCH, LTD.

Social security number (SSN):

A Principal product. Describe in one or two words your principal crop or activity for the current tax year: BEEF CATTLE RANCHING AND HAY

B Enter code from Part IV ▶ 112111

D Employer ID number (EIN), if any: 85-0351252

C Accounting method: (1) [X] Cash (2) [ ] Accrual

E Did you "materially participate" in the operation of this business during 1999? If "No," see instructions for limit on passive losses. [X] Yes [ ] No

**Part I Farm Income-Cash Method. Complete Parts I and II** (Accrual method taxpayers complete Parts II and III, and line 11 of Part I.) Do not include sales of livestock held for draft, breeding, sport, or dairy purposes; report these sales on Form 4797.

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Sales of livestock and other items you bought for resale | 1 | 11,795 | | |
| 2 | Cost or other basis of livestock and other items reported on line 1 | 2 | | | |
| 3 | Subtract line 2 from line 1 | | | 3 | 11,795 |
| 4 | Sales of livestock, produce, grains, and other products you raised | | | 4 | 991 |
| 5a | Total cooperative distributions (Form(s) 1099-PATR) | 5a | | 5b Taxable amount 5b | |
| 6a | Agricultural program payments (see instructions) | 6a | | 6b Taxable amount 6b | |
| 7 | Commodity Credit Corporation (CCC) loans (see instructions): | | | | |
| a | CCC loans reported under election | | | 7a | |
| b | CCC loans forfeited | 7b | | 7c Taxable amount 7c | |
| 8 | Crop insurance proceeds and certain disaster payments (see instructions): | | | | |
| a | Amount received in 1999 | 8a | | 8b Taxable amount 8b | |
| c | If election to defer to 2000 is attached, check here ▶ [ ] | | | 8d Amount deferred from 1998 8d | |
| 9 | Custom hire (machine work) income | | | 9 | |
| 10 | Other income, including Federal and state gasoline or fuel tax credit or refund (see instructions) SEE STMT 7 | | | 10 | 4,930 |
| 11 | **Gross income.** Add amounts in the right column for lines 3 through 10. If accrual method taxpayer, enter the amount from page 2, line 51 ▶ | | | 11 | 17,716 |

**Part II Farm Expenses-Cash and Accrual Method. Do not** include personal or living expenses such as taxes, insurance, repairs, etc., on your home.

| Line | Description | Amount | Line | Description | Amount |
|---|---|---|---|---|---|
| 12 | Car and truck expenses (see instructions-also attach Form 4562) | | 25 | Pension and profit-sharing plans | |
| 13 | Chemicals | | 26 | Rent or lease (see instructions): | |
| 14 | Conservation expenses (see instructions) | | 26a | Vehicles, machinery, and equipment | 58 |
| 15 | Custom hire (machine work) | | 26b | Other (land, animals, etc.) | |
| 16 | Depreciation and section 179 expense deduction not claimed elsewhere (see instructions) | | 27 | Repairs and maintenance | 3,411 |
| | | | 28 | Seeds and plants purchased | |
| | | | 29 | Storage and warehousing | |
| 17 | Employee benefit programs other than on line 25 | | 30 | Supplies purchased | 65 |
| | | | 31 | Taxes SEE STMT 9 | 1,507 |
| 18 | Feed purchased | | 32 | Utilities | 2,383 |
| 19 | Fertilizers and lime | | 33 | Veterinary, breeding, and medicine | |
| 20 | Freight and trucking | | 34 | Other expenses (specify): | |
| 21 | Gasoline, fuel, and oil | 1,023 | 34a | SEE STMT 10 | 3,112 |
| 22 | Insurance (other than health) | 2,140 | 34b | | |
| 23 | Interest: | | 34c | | |
| 23a | Mortgage (paid to banks, etc.) | 2,395 | 34d | | |
| 23b | Other | | 34e | | |
| 24 | Labor hired (less employment credits) SEE STMT 8 | 7,213 | 34f | | |

| Line | Description | Line | Amount |
|---|---|---|---|
| 35 | **Total expenses.** Add lines 12 through 34f ▶ | 35 | 23,307 |
| 36 | **Net farm profit or (loss).** Subtract line 35 from line 11. If a profit, enter on **Form 1040, line 18,** and ALSO on **Schedule SE, line 1.** If a loss, you MUST go on to line 37 (estates, trusts, and partnerships, see instructions) | 36 | -5,591 |

37 If you have a loss, you MUST check the box that describes your investment in this activity (see instructions).
- If you checked 37a, enter the loss on **Form 1040, line 18,** and ALSO on **Schedule SE, line 1.**
- If you checked 37b, you MUST attach **Form 6198.**

37a [X] All investment is at risk.
37b [ ] Some investment is not at risk.

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
## (Including Information on Listed Property)

▶ See separate instructions. ▶ Attach this form to your return.

OMB No 1545-0172
**1999**
Attachment Sequence No 67

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| SALMAN RANCH, LTD. | ACTIVITY 1 | 85-0351252 |

**Part I Election To Expense Certain Tangible Property (Section 179)** (**Note:** If you have any "listed property," complete Part V before you complete Part I.)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see instructions | 1 | $19,000 |
| 2 | Total cost of section 179 property placed in service. See instructions | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0- If married filing separately, see instr | 5 | 19,000 |

| | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| 6 | | | |
| | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | | | 9 | |
| 10 | Carryover of disallowed deduction from 1998. See instructions | | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | | | 11 | 19,000 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | | 12 | NONE |
| 13 | Carryover of disallowed deduction to 2000. Add lines 9 and 10, less line 12 ▶ | 13 | NONE | | |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II MACRS Depreciation For Assets Placed in Service ONLY During Your 1999 Tax Year (Do Not Include Listed Property.)**

**Section A - General Asset Account Election**

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See instructions ▶ ☐

**Section B - General Depreciation System (GDS)** (See instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | 1,300 | 7YRS | HY | 150 DB | 139 |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Alternative Depreciation System (ADS)** (See instructions.)

| (a) Classification of property | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 16a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part III Other Depreciation (Do Not Include Listed Property.)** (See instructions.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1999 | 17 | 1,256 |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | 171 |

**Part IV Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | |
| 21 | **Total.** Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 21 | 1,566 |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

**For Paperwork Reduction Act Notice, see the separate instructions.**



JXB
F 10/19/99

**Part V Listed Property - Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement**

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See instructions for limits for passenger automobiles.)

23a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No 23b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24 Property used more than 50% in a qualified business use (See instructions.): | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 25 Property used 50% or less in a qualified business use (See instructions.): | | | | | | | | |
| | | | | | | S/L- | | |
| | | | | | | S/L- | | |
| | | | | | | S/L- | | |
| 26 Add amounts in column (h). Enter the total here and on line 20, page 1 | | | | | | 26 | | |
| 27 Add amounts in column (i). Enter the total here and on line 7, page 1 | | | | | | | 27 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (DO NOT include commuting miles) | | | | | | | | | | | | |
| 29 Total commuting miles driven during the year | | | | | | | | | | | | |
| 30 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 32 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 34 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 37 Do you treat all use of vehicles by employees as personal use? | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

**Note:** If your answer to 35, 36, 37, 38, or 39 is "Yes," you need not complete Section B for the covered vehicles.

**Part VI Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40 Amortization of costs that begins during your 1999 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 41 Amortization of costs that began before 1999 | | | | 41 | |
| 42 **Total.** Enter here and on "Other Deductions" or "Other Expenses" line of your return | | | | 42 | |

JXB
F 10/19/99

Form **4797**

Department of the Treasury
Internal Revenue Service (99)

# Sales of Business Property

**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**

▶ Attach to your tax return. ▶ See separate instructions.

OMB No 1545-0184

**1999**

Attachment Sequence No **27**

| Name(s) shown on return | Identifying number |
|---|---|
| SALMAN RANCH, LTD. | 85-0351252 |

1 Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1999 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 . . . . . . 1

## Part I Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year

| 2 (a) Description of property | (b) Date acquired (mo.day.yr.) | (c) Date sold (mo.day.yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) GAIN or (LOSS) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| RANCH | VARIOUS | VARIOUS | 7,188,588 | | 6,850,276 | 338,312 |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 3 Gain, if any, from Form 4684, line 39 . . . | 3 | |
| 4 Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . | 4 | |
| 5 Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . | 5 | |
| 6 Gain, if any, from line 32, from other than casualty or theft . . . | 6 | |
| 7 Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: . . . | 7 | 338,312 |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.

| | | |
|---|---|---|
| 8 Nonrecaptured net section 1231 losses from prior years (see instructions) . . . | 8 | |
| 9 Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see inst): . . | 9 | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

## Part II Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 11 Loss, if any, from line 7 . . . | 11 | |
| 12 Gain, if any, from line 7 or amount from line 8, if applicable . . . | 12 | |
| 13 Gain, if any, from line 31 . . . | 13 | |
| 14 Net gain or (loss) from Form 4684, lines 31 and 38a . . . | 14 | |
| 15 Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . | 15 | |
| 16 Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . | 16 | |
| 17 Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) . . . | 17 | |
| 18 Combine lines 10 through 17. Enter gain or (loss) here, and on the appropriate line as follows: . . . | 18 | |

a For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

b For individual returns:

| | | |
|---|---|---|
| (1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797 line 18b(1)." See instructions . . . | 18b(1) | |
| (2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 . . . | 18b(2) | |

SALMAN RANCH, LTD. 85-0351252



## Part III Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 Gross sales price (**Note:** See line 1 before completing.) | 20 | | | | |
| 21 Cost or other basis plus expense of sale | 21 | | | | |
| 22 Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 **If section 1245 property:** | | | | | |
| a Depreciation allowed or allowable from line 22 | 25a | | | | |
| b Enter the **smaller** of line 24 or 25a | 25b | | | | |
| 26 **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a Additional depreciation after 1975 (see instructions) | 26a | | | | |
| b Applicable percentage multiplied by the **smaller** of line 24 or line 26a (see instructions) | 26b | | | | |
| c Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e. | 26c | | | | |
| d Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f Section 291 amount (corporations only) | 26f | | | | |
| g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a Soil, water, and land clearing expenses | 27a | | | | |
| b Line 27a multiplied by applicable percentage (see instructions) | 27b | | | | |
| c Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 **If section 1254 property:** | | | | | |
| a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs (see instructions) | 28a | | | | |
| b Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 **If section 1255 property:** | | | | | |
| a Applicable percentage of payments excluded from income under section 126 (see instructions) | 29a | | | | |
| b Enter the **smaller** of line 24 or 29a (see instructions) | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | |
|---|---|---|
| 30 Total gains for all properties. Add property columns A through D, line 24 | 30 | |
| 31 Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | NONE |
| 32 Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | NONE |

## Part IV Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less

(See instructions.)

| | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|
| 33 Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 Recomputed depreciation. See instructions | 34 | | |
| 35 Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

Form **8825**

Department of the Treasury
Internal Revenue Service

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation

▶ See instructions.
▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No 1545-1186

**1999**

| Name | Employer identification number |
|---|---|
| SALMAN RANCH, LTD. | 85-0351252 |

1 Show the kind and location of each property. See page 2 for additional properties.

A RANCH, LA CUEVA, NEW MEXICO

B

C

D

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| | | | A | B | C | D |
| **Rental Real Estate Income** | | | | | | |
| 2 | Gross rents | 2 | 1,142 | | | |
| **Rental Real Estate Expenses** | | | | | | |
| 3 | Advertising | 3 | | | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | | | | |
| 6 | Commissions | 6 | | | | |
| 7 | Insurance | 7 | | | | |
| 8 | Legal and other professional fees | 8 | | | | |
| 9 | Interest | 9 | | | | |
| 10 | Repairs | 10 | | | | |
| 11 | Taxes | 11 | | | | |
| 12 | Utilities | 12 | | | | |
| 13 | Wages and salaries | 13 | | | | |
| 14 | Depreciation (see instructions) | 14 | | | | |
| 15 | Other (list) ▶ | 15 | | | | |
| 16 | Total expenses for each property. Add lines 3 through 15 | 16 | | | | |

| | | | |
|---|---|---|---|
| 17 | Total gross rents. Add gross rents from line 2, columns A through H | 17 | 1,142 |
| 18 | Total expenses. Add total expenses from line 16, columns A through H | 18 | ( ) |
| 19 | Net gain (loss) from Form 4797, Part II, line 18, from the disposition of property from rental real estate activities | 19 | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |
| b | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed: (1) Name (2) Employer identification number | | |
| 21 | Net income (loss) from rental real estate activities. Combine lines 17 through 20a. Enter the result here and on: ● **Form 1065 or 1120S:** Schedule K, line 2, or ● **Form 1065-B:** Part I, line 4 | 21 | 1,142 |

Supplementary Statements
For Year Ended 12/31/1999

SALMAN RANCH, LTD. 85-0351252

Statement 1
Form 1065, Schedule K - Charitable Contributions

| Description | Amount |
| --- | --- |
| CONTRIBUTIONS SUBJECT TO 50% LIMITATION | 1 |
| Total | 1 |

Statement 2
1065, Sch. K - Deductions Related to Portfolio Inc

| Description | Amount |
| --- | --- |
| INVESTMENT EXPENSES | 10 |
| Total | 10 |

Supplementary Statements
For Year Ended 12/31/1999

SALMAN RANCH, LTD. 85-0351252

Statement 3
Form 1065, Pg. 4 Sch L - Other Current Assets

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| LOAN RECEIVABLE | | 50,643 |
| Total | | 50,643 |

Statement 4
Form 1065, Page 4 Sch L -Other Current Liabilities

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| NOTES PAYABLE TO PARTNERS | | 48,519 |
| AUTO LOAN | | 4,023 |
| INTERCOMPANY LOAN | | 27,333 |
| DEFERRED INCOME (IRC Section 1234) | | 100,000 |
| Total | | 179,875 |

Statement 5
Form 1065, Sch M-1 -Expenses on Books Not on Sch K

| Description | Amount |
|---|---|
| LIFE INSURANCE | 39 |
| Total | 39 |

Supplementary Statements
For Year Ended 12/31/1999

SALMAN RANCH, LTD. 85-0351252

Statement 6
Form 1065, Schedule M-2 - Contributions to Capital

| Description | Amount |
|---|---|
| CONTRIBUTION-DAVID M. SALMAN FLP | 4,466,890 |
| CONTRIBUTION-WILLIAM J. SALMAN FLP | 4,496,840 |
| CONTRIBUTION-FRANCES S. KOENIG FLP | 5,093,459 |
| CONTRIBUTION-DAVID SALMAN-GP | 116,790 |
| CONTRIBUTION-DAVID SALMAN-LP | 77,879 |
| CONTRIBUTION-JEFFERSON SALMAN | 77,879 |
| CONTRIBUTION-MOLLY SALMAN | 77,879 |
| CONTRIBUTION-MACKENZIE SALMAN | 77,879 |
| CONTRIBUTION-WILLIAM SALMAN-GP | 116,790 |
| CONTRIBUTION-WILLIAM SALMAN-LP | 77,879 |
| CONTRIBUTION-JACOB SALMAN | 77,879 |
| CONTRIBUTION-AARON SALMAN | 77,879 |
| CONTRIBUTION-MICHAEL SALMAN | 77,879 |
| CONTRIBUTION-DAVID MARK SALMAN | 77,879 |
| CONTRIBUTION-FRANCES KOENIG-GP | 116,790 |
| CONTRIBUTION-FRANCES KOENIG-LP | 77,879 |
| CONTRIBUTION-LISA KOENIG | 77,879 |
| CONTRIBUTION-LYNN KOENIG | 77,879 |
| CONTRIBUTION-JULIA KOENIG | 77,879 |
| CONTRIBUTION-RACHEL TROJAHN | 77,879 |
| CONTRIBUTION-EMMA REDFORD | 77,879 |
| Total | 15,575,744 |

Supplementary Statements
For Year Ended 12/31/1999

SALMAN RANCH, LTD. 85-0351252

Statement 7
Schedule F Other Income Cash

| Other Income Description | Amount |
|---|---|
| CATTLE LEASES | 4,930 |
| Total | 4,930 |

Statement 8
Schedule F Wages

| Description | Gross Wages | Employer Credit | Net Wages |
|---|---|---|---|
| LABOR HIRED (LESS EMPLOYER CREDITS) | 7,213 | | 7,213 |
| Total | | | 7,213 |

Statement 9
Schedule F Taxes

| Description | Amount |
|---|---|
| PROPERTY TAXES | 719 |
| PAYROLL TAXES | 788 |
| Total | 1,507 |

Supplementary Statements
For Year Ended 12/31/1999

SALMAN RANCH, LTD. 85-0351252

Statement 10
Schedule F Other Expenses

| Description | Amount |
| --- | --- |
| CROP EXPENSE | 1 |
| FENCING EXPENSE | 218 |
| IRRIGATION EXPENSE | 259 |
| DUES, SERVICE CHARGES, FEES, LICENSES | 82 |
| PROFESSIONAL SERVICES | 802 |
| TOOLS | 28 |
| REFERENCES & SUBSCRIPTIONS | 15 |
| POSTAGE & PRINTING | 47 |
| GAME EXPENSE | 15 |
| CATTLE & LIVESTOCK EXPENSE | 1,188 |
| LANDSCAPING | 46 |
| MISC EXPENSES | 346 |
| HAY & GRAIN | 33 |
| WELDING | 32 |
| Total | 3,112 |

SALMAN RANCH, LTD.
85-0351252

A STATEMENT ATTACHED TO AND MADE A PART OF
THE CONSOLIDATED U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999

ELECTION TO AMORTIZE START-UP COSTS

Pursuant to Section 195 of the Internal Revenue Code of 1986 the taxpayer hereby elects to amortize business start-up costs, ratably over 60 months, beginning in the month in which the business activities begin.

SALMAN RANCH, LTD.
85-0351252

A STATEMENT ATTACHED TO AND MADE A PART OF
THE CONSOLIDATED U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999

ELECTION TO AMORTIZE ORGANIZATION FEES

Pursuant to Internal Revenue Code §709(b)(1), the taxpayer hereby elects to amortize capitalized organizational costs incurred as set forth below, ratably over a 60-month period, beginning in the month in which the business activities began.

SALMAN RANCH, LTD.
85-0351252

A STATEMENT ATTACHED TO AND MADE A PART OF
THE CONSOLIDATED U.S. PARTNERSHIP INCOME TAX RETURN
FOR THE YEAR ENDED DECEMBER 31, 1999

ELECTION TO ADJUST BASIS OF PARTNERSHIP PROPERTY:

The partnership elects, under IRC Sec. 754 to adjust the basis of partnership property in the manner as approved by IRC Sec. 734(b) (in the case of a distribution of property) and IRC Sec. 743(b) (in the case of a transfer of a partnership interest). The following information is submitted in accordance with Reg. 1.754-1(b)(1):

1. Name: SALMAN RANCH, LTD.

2. Address: P.O. Box 40, Las Vegas, NM 87701

_________________________ Partner's Signature

____________ Date