EXHIBIT C
TO
DECLARATION OF WILLIAM J. SALMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

TAX RETURN OF WILLIAM J. SALMAN
TAX YEAR ENDING DECEMBER 31, 1999

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1999** IRS Use Only-Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1999, or other tax year beginning , ending OMB No. 1545-0074

**Label** (See instructions.) **Use the IRS label.** Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial: WILLIAM J | Last name: SALMAN |
| Your social security number | 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 |
| If a joint return, spouse's first name and initial: MARJORIE R | Last name: SALMAN |
| Spouse's social security number | 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 |
| Home address (number and street). If you have a P.O. box, see instructions. | 515 PLAZA BALENTINE |
| Apt. no. | |
| City, town or post office, state, and ZIP code. If you have a foreign address, see instructions. | SANTA FE, NM 87501 |

▲ **IMPORTANT!** ▲ You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See instructions.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

**Note:** Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** — Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here.▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See instructions.)

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.
b [X] **Spouse**

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instr) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see the instructions.

No. of your children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ 2

d Total number of exemptions claimed

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see the instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Line | Amount |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | 50,016 |
| 8a | **Taxable** interest. Attach Schedule B if required | | 8a | 83,654 |
| b | **Tax-exempt** interest. DO NOT include on line 8a | 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | | 9 | 13,399 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | 4,800 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 13 | -3,000 |
| 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| 15a | Total IRA distributions 15a | b Taxable amount (see instructions) | 15b | |
| 16a | Total pensions and annuities 16a | b Taxable amount (see instructions) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| 19 | Unemployment compensation | | 19 | |
| 20a | Social security benefits 20a | b Taxable amount (see instructions) | 20b | 10,000 |
| 21 | Other income. List type and amount (see instructions) | | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | 22 | 158,869 |

**Adjusted Gross Income**

| Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 23 | IRA deduction (see instructions) | 23 | 4,000 | | |
| 24 | Student loan interest deduction (see instructions) | 24 | | | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 765 | | |
| 28 | Self-employed health insurance deduction (see instructions) | 28 | | | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | Add lines 23 through 31a | | | 32 | 4,765 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | | 33 | 154,104 |

**For Privacy Act and Paperwork Reduction Act Notice, See Instructions.** Form **1040** (1999)

JXB RF 12/10/99

Form 1040 (1999) 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 Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 154,104 |
| 35a | Check if: [X] You were 65 or older, [ ] Blind; [ ] Spouse was 65 or older, [ ] Blind. Add the number of boxes checked above and enter the total here ▶ 35a: 1 | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 35b [ ] | | |
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see the instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 22,991 |
| 37 | Subtract line 36 from line 34 | 37 | 131,113 |
| 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter | 38 | 5,500 |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 125,613 |
| 40 | **Tax.** (see instructions). Check if any tax from a [ ] Form(s) 8814 b [ ] Form 4972 ▶ | 40 | 30,222 |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| 43 | Child tax credit (see instructions) | 43 | |
| 44 | Education credits. Attach Form 8863 | 44 | |
| 45 | Adoption credit. Attach Form 8839 | 45 | |
| 46 | Foreign tax credit. Attach Form 1116 if required | 46 | |
| 47 | Other. Check if from a [ ] Form 3800 b [ ] Form 8396 c [ ] Form 8801 d [ ] Form (specify) ______ | 47 | |
| 48 | Add lines 41 through 47. These are your **total credits** | 48 | |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 30,222 |

**Standard Deduction for Most People**
Single: $4,300
Head of household: $6,350
Married filing jointly or Qualifying widow(er): $7,200
Married filing separately: $3,600

## Other Taxes

| Line | Description | | Amount |
|---|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | 50 | 1,529 |
| 51 | Alternative minimum tax. Attach Form 6251 | 51 | |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| 55 | Household employment taxes. Attach Schedule H | 55 | |
| 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56 | 31,751 |

## Payments

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 4,728 | | |
| 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | | | |
| 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child b Nontaxable earned income: amt ▶ ______ and type ▶ ______ | 59a | | | No |
| 60 | Additional child tax credit. Attach Form 8812 | 60 | | | |
| 61 | Amount paid with request for extension to file (see instructions) | 61 | | | |
| 62 | Excess social security and RRTA tax withheld (see instructions) | 62 | | | |
| 63 | Other payments. Check if from a [ ] Form 2439 b [ ] Form 4136 | 63 | | | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | | | 64 | 4,728 |

## Refund

Have it directly deposited! See instr and fill in 66b, 66c, and 66d.

| Line | Description | | Amount |
|---|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 | |
| 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | 66a | |
| b | Routing number ______ ▶ c Type: [ ] Checking [ ] Savings | | |
| d | Account number ______ | | |
| 67 | Amount of ln 65 you want **APPLIED TO YOUR 2000 ESTIMATED TAX** ▶ | 67 | |

## Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see instructions ▶ | 68 | 27,406 |
| 69 | Estimated tax penalty. Also include on line 68 — 69: 383 | | |

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime telephone number (optional) |
|---|---|---|---|
| | | EXECUTIVE | |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |
| | | EXECUTIVE | |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature | Date | Check if self-employed [ ] | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed) and address | ARTHUR ANDERSEN LLP | EIN 36-0732690 | |
| | 1225 17TH STREET, SUITE 3100 DENVER, CO | ZIP code 80202 | |

RF 12/10/99 Late interest 1,643 Form **1040** (1999)

Form **2210**

Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Individuals, Estates, and Trusts

▶ See separate instructions.

▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ, or 1041.

OMB No. 1545-0140

**1999**

Attachment Sequence No. 06

| Name(s) shown on tax return | Identifying number |
|---|---|
| WILLIAM J. & MARJORIE R. SALMAN | 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 |

**Note:** In most cases, you **do not** need to file Form 2210. The IRS will figure any penalty you owe and send you a bill. File Form 2210 **only** if one or more boxes in Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from Part III, line 21, or Part IV, line 35, on the penalty line of your return, but **do not** attach Form 2210.

## Part I Reasons For Filing-

If 1a, 1b, or 1c below applies to you, you may be able to lower or eliminate your penalty. But you MUST check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1 Check whichever boxes apply (if none apply, see the **Note** above):

a ☐ You request a **waiver.** In certain circumstances, the IRS will waive all or part of the penalty. See **Waiver of Penalty** in the instructions.

b ☐ You use the **annualized income installment method.** If your income varied during the year, this method may reduce the amount of one or more required installments. See the instructions.

c ☐ You had Federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. See the instructions for line 23.

d ☐ Your required annual payment (line 14 below) is based on your 1998 tax and you filed or are filing a joint return for either 1998 or 1999 but not for both years.

## Part II Required Annual Payment

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 2 | Enter your 1999 tax after credits (see the instructions) | | | 2 | 30,222 |
| 3 | Other taxes (see the instructions) | | | 3 | 1,529 |
| 4 | Add lines 2 and 3 | | | 4 | 31,751 |
| 5 | Earned income credit | 5 | | | |
| 6 | Additional child tax credit | 6 | | | |
| 7 | Credit for Federal tax paid on fuels | 7 | | | |
| 8 | Add lines 5, 6, and 7 | | | 8 | |
| 9 | Current year tax. Subtract line 8 from line 4 | | | 9 | 31,751 |
| 10 | Multiply line 9 by 90% (.90) | 10 | 28,576 | | |
| 11 | Withholding taxes. **Do not** include any estimated tax payments on this line (see the instructions) | | | 11 | 4,728 |
| 12 | Subtract line 11 from line 9. If less than $1,000, stop here; **do not** complete or file this form. You do not owe the penalty | | | 12 | 27,023 |
| 13 | Enter the tax shown on your 1998 tax return (105% of that amount if the adjusted gross income shown on that return is more than $150,000, or, if married filing separately for 1999, more than $75,000). **Caution:** See the instructions | | | 13 | 11,914 |
| 14 | **Required annual payment.** Enter the **smaller** of line 10 or line 13 | | | 14 | 11,914 |

**Note:** If line 11 is equal to or more than line 14, stop here; you do not owe the penalty. **Do not** file Form 2210 unless you checked box 1d above.

## Part III Short Method (Caution:

See the instructions to find out if you can use the short method. If you checked box **1b** or **1c** in Part I, skip this part and go to Part IV.)

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 15 | Enter the amount, if any, from line 11 above | 15 | 4,728 | | |
| 16 | Enter the total amount, if any, of estimated tax payments you made | 16 | NONE | | |
| 17 | Add lines 15 and 16 | | | 17 | 4,728 |
| 18 | **Total underpayment for year.** Subtract line 17 from line 14. If zero or less, stop here; you do not owe the penalty. **Do not** file Form 2210 unless you checked box 1d above | | | 18 | 7,186 |
| 19 | Multiply line 18 by .05336 THIS IS THE SAME INTEREST AMOUNT | | | 19 | 383 |
| 20 | ● If the amount on line 18 was paid **on or after** 4/15/00, enter -0-. AS 2000, <br>● If the amount on line 18 was paid **before** 4/15/00, make the following computation to find the amount to enter on line 20. Amount on line 18 X Number of days paid before 4/15/00 X .00022 | | | 20 | |
| 21 | **PENALTY.** Subtract line 20 from line 19. Enter the result here and on Form 1040, line 69; Form 1040A, line 44; Form 1040NR, line 68; Form 1040NR-EZ, line 27; or Form 1041, line 26 ▶ | | | 21 | 383 ✓ |

**For Paperwork Reduction Act Notice, See Instructions.**

Form **2210** (1999)

JXB F 1/11/00

SAME CAL. DONE IN A PLUS 2000 ... the same ...

## Part IV Regular Method (See the instructions if you are filing Form 1040NR or 1040NR-EZ.)

| Section A - Figure Your Underpayment | | Payment Due Dates (a) 4/15/99 | (b) 6/15/99 | (c) 9/15/99 | (d) 1/15/00 |
|---|---|---|---|---|---|
| 22 **Required installments.** If box 1b applies, enter the amounts from Schedule AI, line 26. Otherwise, enter 1/4 of line 14, Form 2210, in each column | 22 | 2,978 | 2,978 | 2,979 | 2,979 |
| 23 Estimated tax paid and tax withheld (see the instructions). For column (a) only, also enter the amount from line 23 on line 27. If line 23 is equal to or more than line 22 for all payment periods, stop here; you do not owe the penalty. **Do not** file Form 2210 unless you checked a box in Part I | 23 | | | | |
| **Complete lines 24 through 30 of one column before going to the next column.** 24 Enter amount, if any, from line 30 of previous column | 24 | | | | |
| 25 Add lines 23 and 24 | 25 | | | | |
| 26 Add amounts on lines 28 and 29 of the previous column | 26 | | | | |
| 27 Subtract line 26 from line 25. If zero or less, enter -0-. For column (a) only, enter the amount from line 23 | 27 | | | | |
| 28 If the amount on line 27 is zero, subtract line 25 from line 26. Otherwise, enter -0- | 28 | | | | |
| 29 **Underpayment.** If line 22 is equal to or more than line 27, subtract line 27 from line 22. Then go to line 24 of next column. Otherwise, go to line 30. ▶ | 29 | | | | |
| 30 Overpayment. If line 27 is more than line 22, subtract line 22 from line 27. Then go to line 24 of next column | 30 | | | | |

## Section B - Figure the Penalty (Complete lines 31 through 34 of one column before going to the next column.)

| Rate Period 1 — April 16, 1999-December 31, 1999 | | 4/15/99 | 6/15/99 | 9/15/99 | |
|---|---|---|---|---|---|
| 31 Number of days FROM the date shown above line 31 TO the date the amount on line 29 was paid **or** 12/31/99, whichever is earlier | 31 | Days: | Days: | Days: | |
| 32 Underpayment on line 29 (see the instructions) X Number of days on line 31 / 365 X .08 ▶ | 32 | $ | $ | $ | |
| **Rate Period 2 — January 1, 2000-April 15, 2000** | | 12/31/99 | 12/31/99 | 12/31/99 | 1/15/00 |
| 33 Number of days FROM the date shown above line 33 TO the date the amount on line 29 was paid **or** 4/15/00, whichever is earlier | 33 | Days: | Days: | Days: | Days: |
| 34 Underpayment on line 29 (see the instructions) X Number of days on line 33 / 366 X .08 ▶ | 34 | $ | $ | $ | $ |

35 **PENALTY.** Add the amounts on lines 32 and 34 in all columns. Enter the total here and on Form 1040, line 69; Form 1040A, line 44; Form 1040NR, line 68; Form 1040NR-EZ, line 27; or Form 1041, line 26. ▶ 35 $

**SCHEDULES A&B (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Schedule A - Itemized Deductions

**(Schedule B is on separate page)**

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1999**

Attachment Sequence No. 07

Name(s) shown on Form 1040: WILLIAM J. & MARJORIE R. SALMAN

Your social security number: 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

| Section | Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 34 [2] | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | NONE |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | 977 | | |
| | 6 | Real estate taxes (see instructions) | 6 | 5,834 | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 6,811 |
| **Interest You Paid** (See instructions.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 7,005 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952, if required. (See instructions) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 7,005 |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 10,000 | | |
| If you made a gift and got a benefit for it, see instructions. | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **MUST** attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 10,000 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | NONE |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See instructions for expenses to deduct here.) | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ See Stmt 1 | 22 | 681 | | |
| | 23 | Add lines 20 through 22 | 23 | 681 | | |
| | 24 | Enter amount from Form 1040, line 34 [24] 154,104 | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 3,082 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | NONE |
| **Other Miscellaneous Deductions** | 27 | Other - from list in instructions. List type and amount ▶ | | | 27 | NONE |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? ☐ **NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ▶ ☒ **YES.** Your deduction may be limited. See instructions for the amount to enter. | | | 28 | 22,991 |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

**Schedule A (Form 1040) 1999**

JXB

F 10/28/99

WILLIAM J. & MARJORIE R. SALMAN 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

## Schedule A - Itemized Deduction Limitation

| | | |
|---|---|---|
| **1.** Add the amounts on Schedule A, Form 1040, line 4, line 9, line 14, line 18, line 19, line 26, and line 27, or Schedule A, Form 1040NR, line 3, line 7, line 8, line 15, and line 16 | 1 | 23,816 |
| **2. a.** Add the amounts on Schedule A, Form 1040, lines 4, 13, and 19 or Schedule A, Form 1040NR, line 8 plus any investment interest on line 16 | 2a | NONE |
| **b.** Enter gambling losses included on Schedule A, Form 1040, line 27 or Schedule A, Form 1040NR, line 16 | 2b | |
| **c.** Add line 2a and line 2b | 2c | NONE |
| **3.** Subtract line 2c from line 1. If the result is zero stop here; enter the amount from line 1 above on Schedule A, Form 1040, line 28 or Schedule A, Form 1040NR, line 17 | 3 | 23,816 |
| **4.** Multiply line 3 by 80% (.80) | 4 | 19,053 |
| **5.** Enter the amount from Form 1040 or Form 1040NR, adjusted gross income | 5 | 154,104 |
| **6.** Enter $126,600, $63,300 if married filing separately | 6 | 126,600 |
| **7.** Subtract line 6 from line 5. If the result is zero or less, stop here; enter the amount from line 1 above on Schedule A, Form 1040, line 28 or Schedule A, Form 1040NR, line 17 | 7 | 27,504 |
| **8.** Multiply line 7 by 3% (.03) | 8 | 825 |
| **9.** Enter the smaller of line 4 or line 8 | 9 | 825 |
| **10.** Total Itemized Deductions. Subtract line 9 from line 1. Enter here and on Schedule A, Form 1040, line 28 or Schedule A, Form 1040NR, line 17 | 10 | 22,991 |

F 8/6/99

Schedules A&B (Form 1040) 1999 OMB No. 1545-0074 Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1.
WILLIAM J. & MARJORIE R. SALMAN

Your social security number
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

# Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. 08

## Part I Interest

(See instructions.)

Note: If you had over $400 in taxable interest income, you must also complete Part III.

1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see instructions and list this interest first. Also, show that buyer's social security number and address ▶

| | | | Amount |
|---|---|---|---|
| INTEREST FROM K-1'S | See Stmt 2 | 1 | 612 |
| | See Stmt 3 | | 83,042 |
| 2 Add the amounts on line 1 | | 2 | 83,654 |
| 3 Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 | | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | | 4 | 83,654 |

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

## Part II Ordinary Dividend

(See instructions.)

Note: If you had over $400 in ordinary dividends, you must also complete Part III.

5 List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13 ▶

| | | Amount |
|---|---|---|
| DIVIDENDS FROM K-1'S See Stmt 4 | 5 | 1,553 |
| CITIBANK | | 147 |
| FIDELITY CASH RESERVES | | 2,367 |
| FIDELITY CASH RESERVES | | 2,579 |
| FIDELITY MAGELLAN FUND | | 89 |
| FIDELITY MAGELLAN FUND | | 1,959 |
| FIDELITY-LEHMAN | | 108 |
| FIRST UNION | | 88 |
| MERRILL LYNCH-CMA MONEY F | | 2,826 |
| MERRILL LYNCH-CMA MONEY FSHORT TERM INC | | 1,683 |
| 6 Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ▶ | 6 | 13,399 |

Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

## Part III Foreign Accounts and Trusts

(See instructions.)

You must complete this part if you (a) had over $400 of interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 8 | During 1999, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions | | X |

For Paperwork Reduction Act Notice, see Form 1040 instructions.



JXB
F 10/28/99

**SCHEDULE C-EZ (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Net Profit From Business

**(Sole Proprietorship)**

No. 1 Activity SCHC-7

▶ **Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.**

▶ **Attach to Form 1040 or Form 1041.** ▶**See instructions.**

OMB No. 1545-0074

**1999**

Attachment Sequence No. **09A**

Name of proprietor: WILLIAM J. SALMAN

Social security number (SSN): 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

## Part I General Information

**You May Use Schedule C-EZ Instead of Schedule C Only If You:**

- Had business expenses of $2,500 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as a sole proprietor.

**And You:**

- Had no employees during the year.
- Are not required to file **Form 4562,** Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

**A** Principal business or profession, including product or service: CONSULTING

**B** Enter code from instructions ▶ 115210

**C** Business name. If no separate business name, leave blank

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.). Address not required if same as on Form 1040, page 1.

City, town or post office, state, and ZIP code

## Part II Figure Your Net Profit

| | | | |
|---|---|---|---|
| 1 | **Gross receipts. Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see **Statutory Employees** in the instructions for Schedule C, line 1, and check here ▶ ☐ | 1 | 2,400 |
| 2 | **Total expenses.** If more than $2,500, you **must** use Schedule C. See instructions | 2 | NONE |
| 3 | **Net profit.** Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2.** (Statutory employees **do not** report this amount on Schedule SE, line 2. Estates and trusts, enter on Form 1041, line 3.) | 3 | 2,400 |

## Part III Information on Your Vehicle. Complete this part ONLY if you are claiming car or truck expenses on line 2.

4 When did you place your vehicle in service for business purposes? (month, day, year) ▶ ______________________

5 Of the total number of miles you drove your vehicle during 1999, enter the number of miles you used your vehicle for:

a Business _________________ b Commuting _________________ c Other _________________

6 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

7 Was your vehicle available for use during off-duty hours? ☐ Yes ☐ No

8 a Do you have evidence to support your deduction? ☐ Yes ☐ No

b If "Yes," is the evidence written? ☐ Yes ☐ No

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

**Schedule C-EZ (Form 1040) 1999**

JXB

F 10/21/99

**SCHEDULE C-EZ (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Net Profit From Business

**(Sole Proprietorship)**

No. 2
Activity SCHC-8

▶ **Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.**

▶ **Attach to Form 1040 or Form 1041. ▶ See instructions.**

OMB No. 1545-0074

**1999**

Attachment Sequence No. **09A**

Name of proprietor: MARJORIE R. SALMAN

Social security number (SSN): 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

## Part I General Information

**You May Use Schedule C-EZ Instead of Schedule C Only If You:**

- Had business expenses of $2,500 or less.
- Use the cash method of accounting.
- Did not have an inventory at any time during the year.
- Did not have a net loss from your business.
- Had only one business as a sole proprietor.

**And You:**

- Had no employees during the year.
- Are not required to file **Form 4562,** Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.
- Do not deduct expenses for business use of your home.
- Do not have prior year unallowed passive activity losses from this business.

**A** Principal business or profession, including product or service: CONSULTING

**B** Enter code from instructions ▶ 115210

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.). Address not required if same as on Form 1040, page 1.

City, town or post office, state, and ZIP code

## Part II Figure Your Net Profit

| | | | |
|---|---|---|---|
| **1** | **Gross receipts. Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see **Statutory Employees** in the instructions for Schedule C, line 1, and check here ▶ ☐ | 1 | 2,400 |
| **2** | **Total expenses.** If more than $2,500, you **must** use Schedule C. See instructions. | 2 | NONE |
| **3** | **Net profit.** Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2.** (Statutory employees **do not** report this amount on Schedule SE, line 2. Estates and trusts, enter on Form 1041, line 3.) | 3 | 2,400 |

## Part III Information on Your Vehicle. Complete this part ONLY if you are claiming car or truck expenses on line 2.

**4** When did you place your vehicle in service for business purposes? (month, day, year) ▶ ______________________

**5** Of the total number of miles you drove your vehicle during 1999, enter the number of miles you used your vehicle for:

**a** Business _________________ **b** Commuting _________________ **c** Other _________________

**6** Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

**7** Was your vehicle available for use during off-duty hours? ☐ Yes ☐ No

**8 a** Do you have evidence to support your deduction? ☐ Yes ☐ No

**b** If "Yes," is the evidence written? ☐ Yes ☐ No

**For Paperwork Reduction Act Notice, see Form 1040 instructions.** **Schedule C-EZ (Form 1040) 1999**

JXB

F 10/21/99

**SCHEDULE D (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074

**1999**

Attachment Sequence No. 12

Name(s) shown on Form 1040: WILLIAM J. & MARJORIE R. SALMAN

Your social security number: 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

## Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | | |
| 3 **Total short-term sales price amounts.** Add column (d) of lines 1 and 2 | 3 | | |
| 4 Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | 4 | |
| 5 Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | 5 | |
| 6 Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1998 Capital Loss Carryover Worksheet | | 6 | ( ) |
| 7 **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) ▶ | | 7 | |

## Part II Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (See intr. below) |
|---|---|---|---|---|---|---|
| 8 other | Various | Various | NONE | 3,000 | -3,000 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| 9 Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | | | |
| 10 **Total long-term sales price amounts.** Add column (d) of lines 8 and 9 | 10 | | | |
| 11 Gain from Form 4797, Part I; long-term gain from Form 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | 11 | | |
| 12 Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | 12 | | |
| 13 Capital gain distributions. See instructions | | 13 | | |
| 14 Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1998 Capital Loss Carryover Worksheet | | 14 | ( ) | ( ) |
| 15 Combine lines 8 through 14 in column (g) | | 15 | | |
| 16 **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ▶ | | 16 | -3,000 | |

**Next:** Go to Part III on page 2.

***28% Rate Gain or Loss** includes **all** "collectibles gains and losses" (as defined in the instructions) and up to 50% of the eligible gain on qualified small business stock (see the instructions).

**For Paperwork Reduction Act Notice, see Form 1040 instructions.** **Schedule D (Form 1040) 1999**

JXB
F 10/28/99

**SCHEDULE SE (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

▶ See Instructions for Schedule SE (Form 1040).

▶ Attach to Form 1040.

OMB No. 1545-0074

**1999**

Attachment Sequence No. **17**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ |
|---|---|
| WILLIAM J. SALMAN | 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **OR**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See instructions.

**Note:** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See instructions.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 50.

## May I Use Short Schedule SE or MUST I Use Long Schedule SE?




## Section A - Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | 6,984 |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; and Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report | 2 | 1,440 |
| 3 | Combine lines 1 and 2 | 3 | 8,424 |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ▶ | 4 | 7,780 |
| 5 | **Self-employment tax.** If the amount on line 4 is: • $72,600 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 50.** • More than $72,600, multiply line 4 by 2.9% (.029). Then, add $9,002.40 to the result. Enter the total here and on **Form 1040, line 50.** | 5 | 1,190 |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** — 6: 595 | | |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

**Schedule SE (Form 1040) 1999**

JXB F 10/19/99

**SCHEDULE SE (Form 1040)**

Department of the Treasury
Internal Revenue Service

# Self-Employment Tax

▶ See Instructions for Schedule SE (Form 1040).

▶ Attach to Form 1040.

OMB No. 1545-0074

**1999**

Attachment Sequence No. 17

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ | |
|---|---|---|
| MARJORIE R. SALMAN | | 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **OR**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See instructions.

**Note:** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See instructions.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 50.

## May I Use Short Schedule SE or MUST I Use Long Schedule SE?




## Section A - Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; and Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report | 2 | 2,400 |
| 3 | Combine lines 1 and 2 | 3 | 2,400 |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ▶ | 4 | 2,216 |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br>• $72,600 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 50.**<br>• More than $72,600, multiply line 4 by 2.9% (.029). Then, add $9,002.40 to the result. Enter the total here and on **Form 1040, line 50.** | 5 | 339 |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** . . . 6 | 170 | | |

Form **6251** — Department of the Treasury, Internal Revenue Service (99)

# Alternative Minimum Tax—Individuals

▶ See separate instructions.

▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0227 — **1999** — Attachment Sequence No. 32

Name(s) shown on Form 1040: WILLIAM J. & MARJORIE R. SALMAN — Your social security number: 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

## Part I Adjustments and Preferences

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 **or** 2 1/2 % of Form 1040, line 34 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 6,811 |
| 4 | Certain interest on a home mortgage **not** used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | ( ) |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | 460 |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | 38 |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | 11 | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. | | |

| | | | | | |
|---|---|---|---|---|---|
| a | Circulation expenditures | | h | Loss limitations | |
| b | Depletion | | i | Mining costs | |
| c | Depreciation (pre-1987) | | j | Patron's adjustment | |
| d | Installment sales | | k | Pollution control facilities | |
| e | Intangible drilling costs | | l | Research and experimental | |
| f | Large partnerships | | m | Section 1202 exclusion | |
| g | Long-term contracts | | n | Tax shelter farm activities | |
| | | | o | Related adjustments | |

| Line | Description | No. | Amount |
|---|---|---|---|
| 14 | (total) | 14 | NONE |
| 15 | **Total Adjustments and Preferences.** Combine lines 1 through 14 ▶ | 15 | 7,309 |

## Part II Alternative Minimum Taxable Income

| Line | Description | No. | Amount |
|---|---|---|---|
| 16 | Enter the amount from **Form 1040, line 37.** If less than zero, enter as a (loss) ▶ | 16 | 131,113 |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | |
| 18 | If Form 1040, line 34, is over $126,600 (over $63,300 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | ( 825 ) |
| 19 | Combine lines 15 through 18 ▶ | 19 | 137,597 |
| 20 | Alternative tax net operating loss deduction. See instructions | 20 | |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see instructions.) ▶ | 21 | 137,597 |

## Part III Exemption Amount and Alternative Minimum Tax

22 **Exemption Amount.** (If this form is for a child under age 14, see instructions.)

| **IF your filing status is** | **AND line 21 is not over** | **THEN enter on line 22** |
|---|---|---|
| Single or head of household | $112,500 | $33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is **over** the amount shown above for your filing status, see instructions.

| Line | Description | No. | Amount |
|---|---|---|---|
| 22 | Exemption amount | 22 | 45,000 |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ▶ | 23 | 92,597 |
| 24 | If you reported capital gain distributions directly on Form 1040, line 13 **or** you completed Schedule D (Form 1040) and have an amount on line 25 or line 27 (or would have had an amount on either line if you had completed Part IV) (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | 24 | 24,075 |
| 25 | Alternative minimum tax foreign tax credit. See instructions | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ▶ | 26 | 24,075 |
| 27 | Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 46) | 27 | 30,222 |
| 28 | **Alternative Minimum Tax.** Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 51 ▶ | 28 | NONE |

**For Paperwork Reduction Act Notice, see separate instructions.**



JXB F 11/15/99

WILLIAM J. & MARJORIE R. SALMAN 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



## Part IV Line 24 Computation Using Maximum Capital Gains Rates

**Caution:** If you **did not** complete Part IV of Schedule D (Form 1040), see instructions before you complete this part.

| | | | |
|---|---|---|---|
| 29 | Enter the amount from Form 6251, line 23 | | 29 |
| 30 | Enter the amount from Schedule D (Form 1040), line 27 (as refigured for the AMT, if necessary). See instructions | 30 | |
| 31 | Enter the amount from Schedule D (Form 1040), line 25 (as refigured for the AMT, if necessary). See instructions | 31 | |
| 32 | Add lines 30 and 31 | 32 | |
| 33 | Enter the amount from Schedule D (Form 1040), line 22 (as refigured for the AMT, if necessary). See instructions | 33 | |
| 34 | Enter the **smaller** of line 32 or line 33 | | 34 |
| 35 | Subtract line 34 from line 29. If zero or less, enter -0- ▶ | | 35 |
| 36 | If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | 36 |
| 37 | Enter the amount from Schedule D (Form 1040), line 36 (as figured for the regular tax). See instructions | 37 | |
| 38 | Enter the **smallest** of line 29, line 30, or line 37 ▶ | 38 | |
| 39 | Multiply line 38 by 10% (.10) | | 39 |
| 40 | Enter the **smaller** of line 29 or line 30 | 40 | |
| 41 | Enter the amount from line 38 | 41 | |
| 42 | Subtract line 41 from line 40 ▶ | 42 | |
| 43 | Multiply line 42 by 20% (.20) | | 43 |
| | **Note:** If line 31 is zero or blank, go to line 48. | | |
| 44 | Enter the amount from line 29 | 44 | |
| 45 | Add lines 35, 38, and 42 | 45 | |
| 46 | Subtract line 45 from line 44 | 46 | |
| 47 | Multiply line 46 by 25% (.25) | | 47 |
| 48 | Add lines 36, 39, 43, and 47 | | 48 |
| 49 | If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | 49 |
| 50 | Enter the **smaller** of line 48 or line 49 here and on line 24 | | 50 |

Supplementary Statements
For Year Ended 12/31/1999

WILLIAM J. & MARJORIE R. SALMAN 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

Statement 1
Schedule A 2% Miscellaneous Expenses

| Description | Amount |
|---|---|
| Other K-1 portfolio ded's | 21 |
| SAFE DEPOSIT BOX RENTAL | 90 |
| VALUE LINE INVESTMENT SURVEY | 570 |
| Total | 681 |

Supplementary Statements
For Year Ended 12/31/1999

WILLIAM J. & MARJORIE R. SALMAN 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

Statement 2
Schedule B K-1 Interest

| K-1 Entity Name | EIN | Gross Interest | Federal Tax Exempt |
|---|---|---|---|
| SALMAN ENTERPRISES | 85-0316019 | 1 | |
| SALMAN ENTERPRISES | 85-0316019 | 52 | |
| SALMAN ENTERPRISES | 85-0316019 | 7 | |
| SALMAN RANCH LTD - GP NEW | | 2 | |
| SALMAN RANCH, LTD LP - NEW | 85-0351252 | 1 | |
| SALMAN RANCH, LTD.GP | 85-0351252 | 21 | |
| SALMAN RANCH, LTD.LP | 85-0351252 | 487 | |
| WILLIAM J. SALMAN FAMILY LP - LIMITED | 85-0457469 | 41 | |
| Total | | 612 | |

Statement 3
Schedule B Interest Income

| Name of Payer | Gross Interest | Fed Exempt Muni Bonds | Fed Exempt Pvt Activity Bonds |
|---|---|---|---|
| FIDELITY | 6,419 | | |
| FIRST NATIONAL BANK OF SANTA FE | 71 | | |
| FIRST NATIONAL BANK OF SANTA FE | 64 | | |
| FIRST UNION SECURITIES | 24,167 | | |
| MERRILL LYNCH | 2,214 | | |
| MERRILL LYNCH | 4,014 | | |
| SALMAN ENTERPRISES | 13,743 | | |
| SALMAN RANCH LTD. ACCOUNT @FUS | 10,298 | | |
| SANTA FE GREENHOUSES INC. | 6,000 | | |
| SANTA FE GREENHOUSES INC. | 3,000 | | |
| WM.J SALMAN FLP @ FUS | 13,052 | | |
| Total | 83,042 | | |

Supplementary Statements
For Year Ended 12/31/1999

WILLIAM J. & MARJORIE R. SALMAN 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

Statement 4
Schedule B K-1 Dividend Income

| K-1 Entity Name | EIN | Ordinary Dividend |
|---|---|---|
| SALMAN ENTERPRISES | 85-0316019 | 1 |
| SALMAN RANCH LTD - GP NEW | | 36 |
| SALMAN RANCH, LTD LP - NEW | 85-0351252 | 24 |
| SALMAN RANCH, LTD.GP | 85-0351252 | 31 |
| SALMAN RANCH, LTD.LP | 85-0351252 | 696 |
| WILLIAM J. SALMAN FAMILY GENERAL | 85-0457469 | 11 |
| WILLIAM J. SALMAN FAMILY LP - LIMITED | 85-0457469 | 754 |
| Total | | 1,553 |