OFFICE OF THE

# SECRETARY OF STATE

**LPD1998123007**

# CERTIFICATE

I, MARY HERRERA, SECRETARY OF STATE FOR NEW MEXICO, DO HEREBY CERTIFY

That

The attached 7 pages are true and correct copies of, Application for Certificate of Registration filed on December 30, 1998, Application for Amendment filed on January 29, 1999, for WILLIAM J. SALMAN FAMILY LIMITED PARTNERSHIP, a New Mexico limited partnership, registered in the office in accordance with the provision of sections 54-2-1 through 54-2-48 NMSA, 1978 compilation this partnership was registered on December 30, 1998.

GIVEN UNDER MY HAND AND THE GREAT SEAL OF THE STATE OF NEW MEXICO, IN THE CITY OF SANTA FE, THE CAPITAL, ON THIS 24th DAY OF January, 2007 A.D.

SECRETARY OF STATE

Certification Number: 274004-1 Reference:
Verify this certificate online at https://secure.sos.state.nm.us/verification/

# STATE OF NEW MEXICO

OFFICE OF THE

## SECRETARY OF STATE

**LPD1998123007**

# CERTIFICATE

I, STEPHANIE GONZALES, SECRETARY OF STATE FOR NEW MEXICO, DO HEREBY CERTIFY

**that**

**WILLIAM J. FAMILY LIMITED PARTNERSHIP**, a New Mexico limited partnership, has been filed in accordance with the provisions of sections 54-2-1 through 54-2-48 NMSA, 1978 compilation. This item was filed on December 30, 1998 and will remain in effect until the limited partnership's registration is cancelled or the limited partnership is dissolved.

GIVEN UNDER MY HAND AND THE GREAT SEAL OF THE STATE OF NEW MEXICO, IN THE CITY OF SANTA FE, THE CAPITAL, ON THIS **30th** DAY OF **December 1998** A.D.

Stephanie Gonzales

SECRETARY OF STATE

**CERTIFICATE OF LIMITED PARTNERSHIP**
**OF**
**WILLIAM J. SALMAN FAMILY LIMITED PARTNERSHIP**

THE UNDERSIGNED, desiring to form a limited partnership under the laws of the State of New Mexico, pursuant to the New Mexico Uniform Limited Partnership Act, hereby make and sign the following Certificate for that purpose effective the 18th day of December, 1998:

1. NAME. The name under which the partnership is to conduct its business is "WILLIAM J. FAMILY LIMITED PARTNERSHIP".

2. LOCATION AND PRINCIPAL PLACE OF BUSINESS. The partnership's principal place of business shall be 515 Plaza Ballentine, Santa Fe, NM 87501. The name of the person at that address upon whom service of process may be made is William J. Salman, a General Partner.

3. GENERAL PARTNERS. The name and business address of the sole General Partner are:

| NAME | ADDRESS |
|---|---|
| 1. William J. Salman | 515 Plaza Balentine<br>Santa Fe, NM 87501 |

4. TERM OF PARTNERSHIP. The partnership shall exist until terminated as provided for in the Partnership Agreement. No specific date is provided in the Partnership Agreement for dissolution of the partnership.

IN WITNESS WHEREOF, this Certificate is subscribed and sworn to by the General Partner as of the day and date first written above.

William J. Salman
General Partner

STATE OF NEW MEXICO )
) ss:
COUNTY OF Bernalillo )

The foregoing Certificate of Limited Partnership was acknowledged, subscribed and sworn to before me this 18th day of December, 1998, by William J. Salman, a General Partner of the William J. Salman Family Limited Partnership.

Belinda C. Fairchild
Notary Public

My Commission Expires:

Sept. 1, 1999

# STATE OF NEW MEXICO

OFFICE OF THE

## SECRETARY OF STATE

LPD1998123007

# CERTIFICATE

I, REBECCA VIGIL-GIRON, SECRETARY OF STATE FOR NEW MEXICO, DO HEREBY CERTIFY

that

**WILLIAM J. FAMILY LIMITED PARTNERSHIP,** a New Mexico limited partnership, originally filed on December 30, 1998 in accordance with the provisions of section 54-2-1 through 54-2-48 NMSA, 1978 compilation. On January 29, 1999 an amendment to its original registration was filed. The name of the limited partnership was changed to **WILLIAM J. SALMAN FAMILY LIMITED PARTNERSHIP.** This item will remain in effect until the limited partnership's registration is cancelled or the limited partnership is dissolved.

GIVEN UNDER MY HAND AND THE GREAT SEAL OF THE STATE OF NEW MEXICO, IN THE CITY OF SANTA FE, THE CAPITAL, ON THIS 3rd DAY OF February 1999 A.D.

Rebecca Vigil-Giron

SECRETARY OF STATE

# AMENDED CERTIFICATE OF LIMITED PARTNERSHIP
# OF
# WILLIAM J. FAMILY LIMITED PARTNERSHIP

THE UNDERSIGNED, desiring to form a limited partnership under the laws of the State of New Mexico, pursuant to the New Mexico Uniform Limited Partnership Act, hereby make and sign the following Certificate for that purpose effective the 18th day of December, 1998:

1. NAME. The name under which the partnership is to conduct its business is "WILLIAM J. SALMAN FAMILY LIMITED PARTNERSHIP".

2. LOCATION AND PRINCIPAL PLACE OF BUSINESS. The partnership's principal place of business shall be 515 Plaza Ballentine, Santa Fe, NM 87501. The name of the person at that address upon whom service of process may be made is William J. Salman, a General Partner.

3. GENERAL PARTNERS. The name and business address of the sole General Partner are:

| NAME | ADDRESS |
|---|---|
| William J. Salman | 515 Plaza Balentine<br>Santa Fe, NM 87501 |

4. TERM OF PARTNERSHIP. The partnership shall exist until terminated as provided for in the Partnership Agreement. No specific date is provided in the Partnership Agreement for dissolution of the partnership.

IN WITNESS WHEREOF, this Certificate is subscribed and sworn to by the General Partner as of the day and date first written above.

William J. Salman
General Partner

STATE OF NEW MEXICO )
) ss:
COUNTY OF ____________________)

The foregoing Certificate of Limited Partnership was acknowledged, subscribed and sworn to before me this _____ day of January, 1999, by William J. Salman, a General Partner of the William J. Salman Family Limited Partnership.

____________________________________
Notary Public

My Commission Expires:

______________________