# STATE OF NEW MEXICO

OFFICE OF THE

## SECRETARY OF STATE

**LPD1998123005**

# CERTIFICATE

I, MARY HERRERA, SECRETARY OF STATE FOR NEW MEXICO, DO HEREBY CERTIFY

That

On December 30, 1998, DAVID M. SALMAN FAMILY LIMITED PARTNERSHIP a New Mexico limited partnership, registered in this office pursuant to the provisions of sections 54-2-1 through 54-2-48 NMSA, 1978 compilation.

GIVEN UNDER MY HAND AND THE GREAT SEAL OF THE STATE OF NEW MEXICO, IN THE CITY OF SANTA FE, THE CAPITAL, ON THIS 24th DAY OF January, 2007 A.D.

OFFICE OF THE

# SECRETARY OF STATE

**LPD1998123005**

# CERTIFICATE

I, MARY HERRERA, SECRETARY OF STATE FOR NEW MEXICO, DO HEREBY CERTIFY

That

The attached 4 pages are true and correct copies of, Application for Certificate of Registration filed on December 30, 1998, for DAVID M. SALMAN FAMILY LIMITED PARTNERSHIP, a New Mexico limited partnership, registered in the office in accordance with the provision of sections 54-2-1 through 54-2-48 NMSA, 1978 compilation this partnership was registered on December 30, 1998.

GIVEN UNDER MY HAND AND THE GREAT SEAL OF THE STATE OF NEW MEXICO, IN THE CITY OF SANTA FE, THE CAPITAL, ON THIS 24th DAY OF January, 2007 A.D.

SECRETARY OF STATE

Certification Number: 274030-1 Reference:

Verify this certificate online at https://secure.sos.state.nm.us/verification/

# STATE OF NEW MEXICO

OFFICE OF THE

## SECRETARY OF STATE

**LPD1998123005**

# CERTIFICATE

I, STEPHANIE GONZALES, SECRETARY OF STATE FOR NEW MEXICO, DO HEREBY CERTIFY

**that**

**DAVID M. SALMAN FAMILY LIMITED PARTNERSHIP**, a New Mexico limited partnership, has been filed in accordance with the provisions of sections 54-2-1 through 54-2-48 NMSA, 1978 compilation. This item was filed on December 30, 1998 and will remain in effect until the limited partnership's registration is cancelled or the limited partnership is dissolved.

GIVEN UNDER MY HAND AND THE GREAT SEAL OF THE STATE OF NEW MEXICO, IN THE CITY OF SANTA FE, THE CAPITAL, ON THIS **30th** DAY OF **December 1998** A.D.

Stephanie Gonzales

SECRETARY OF STATE

**CERTIFICATE OF LIMITED PARTNERSHIP**
**OF**
**DAVID M. SALMAN FAMILY LIMITED PARTNERSHIP**

THE UNDERSIGNED, desiring to form a limited partnership under the laws of the State of New Mexico, pursuant to the New Mexico Uniform Limited Partnership Act, hereby make and sign the following Certificate for that purpose effective the 18th day of December, 1998:

1. NAME. The name under which the partnership is to conduct its business is "DAVID M. SALMAN FAMILY LIMITED PARTNERSHIP".

2. LOCATION AND PRINCIPAL PLACE OF BUSINESS. The partnership's principal place of business shall be 624 East Alameda, Santa Fe, NM 87501. The name of the person at that address upon whom service of process may be made is David M. Salman, a General Partner.

3. GENERAL PARTNERS. The name and business address of the sole General Partner are:

| NAME | ADDRESS |
|---|---|
| 1. David M. Salman | P.O. Box 40<br>Las Vegas, NM 87701 |

4. TERM OF PARTNERSHIP. The partnership shall exist until terminated as provided for in the Partnership Agreement. No specific date is provided in the Partnership Agreement for dissolution of the partnership.

IN WITNESS WHEREOF, this Certificate is subscribed and sworn to by the General Partner as of the day and date first written above.

David M. Salman [signature]
David M. Salman
General Partner

STATE OF NEW MEXICO )
) ss:
COUNTY OF Bernalillo )

The foregoing Certificate of Limited Partnership was acknowledged, subscribed and sworn to before me this 18th day of December, 1998, by David M. Salman, a General Partner of the David M. Salman Family Limited Partnership.

Belinda C. Fairchild
Notary Public

My Commission Expires:

Sept. 1, 1999