OFFICE OF THE

# SECRETARY OF STATE

**LPD1998123006**

# CERTIFICATE

I, MARY HERRERA, SECRETARY OF STATE FOR NEW MEXICO, DO HEREBY CERTIFY

That

The attached 4 pages are true and correct copies of, Application for Certificate of Registration filed on December 30, 1998, for FRANCES S. KOENIG FAMILY LIMITED PARTNERSHIP, a New Mexico limited partnership, registered in the office in accordance with the provision of sections 54-2-1 through 54-2-48 NMSA, 1978 compilation this partnership was registered on December 30, 1998.

GIVEN UNDER MY HAND AND THE GREAT SEAL OF THE STATE OF NEW MEXICO, IN THE CITY OF SANTA FE, THE CAPITAL, ON THIS 24th DAY OF January, 2007 A.D.

SECRETARY OF STATE

Certification Number: 274014-1 Reference:
Verify this certificate online at https://secure.sos.state.nm.us/verification/

# STATE OF NEW MEXICO

OFFICE OF THE

## SECRETARY OF STATE

**LPD1998123006**

# CERTIFICATE

I, STEPHANIE GONZALES, SECRETARY OF STATE FOR NEW MEXICO, DO HEREBY CERTIFY

**that**

**FRANCES S. KOENIG FAMILY LIMITED PARTNERSHIP**, a New Mexico limited partnership, has been filed in accordance with the provisions of sections 54-2-1 through 54-2-48 NMSA, 1978 compilation. This item was filed on December 30, 1998 and will remain in effect until the limited partnership's registration is cancelled or the limited partnership is dissolved.

GIVEN UNDER MY HAND AND THE GREAT SEAL OF THE STATE OF NEW MEXICO, IN THE CITY OF SANTA FE, THE CAPITAL, ON THIS **30th** DAY OF **December 1998** A.D.

*Stephanie Gonzales*

SECRETARY OF STATE

# CERTIFICATE OF LIMITED PARTNERSHIP
# OF
# FRANCES S. KOENIG FAMILY LIMITED PARTNERSHIP

THE UNDERSIGNED, desiring to form a limited partnership under the laws of the State of New Mexico, pursuant to the New Mexico Uniform Limited Partnership Act, hereby make and sign the following Certificate for that purpose effective the 18th day of December, 1998:

1. NAME. The name under which the partnership is to conduct its business is "FRANCES S. KOENIG FAMILY LIMITED PARTNERSHIP".

2. LOCATION AND PRINCIPAL PLACE OF BUSINESS. The partnership's principal place of business shall be 6435 Nabor Road, N.W., Albuquerque, NM 87107. The name of the person at that address upon whom service of process may be made is Frances S. Koenig, a General Partner.

3. GENERAL PARTNERS. The name and business address of the sole General Partner are:

| NAME | ADDRESS |
|---|---|
| 1. Frances S. Koenig | 6435 Nabor Rd., N.W.<br>Albuquerque, NM 87107 |

4. TERM OF PARTNERSHIP. The partnership shall exist until terminated as provided for in the Partnership Agreement. No specific date is provided in the Partnership Agreement for dissolution of the partnership.

IN WITNESS WHEREOF, this Certificate is subscribed and sworn to by each General Partner as of the day and date first written above.

Frances S. Koenig
General Partner

STATE OF NEW MEXICO )
) ss:
COUNTY OF Bernalillo )

The foregoing Certificate of Limited Partnership was acknowledged, subscribed and sworn to before me this 18th day of December, 1998, by Frances S. Koenig, a General Partner of the Frances S. Koenig Family Limited Partnership.

Belinda C. Fairchild
Notary Public

My Commission Expires:

Sept. 1, 1999