New Search

# WILLIAM SALMAN RANCH, INC.

| | |
|---|---|
| SCC Number: | **0797068** |
| Tax & Revenue Number: | **01804849008** |
| Incorporation Date: | **MARCH 01, 1974, in NEW MEXICO** |
| Corporation Type: | **DOMESTIC PROFIT** |
| Corporation Status: | **INACTIVE DUE TO VOLUNTARY DISSOLUTION** |
| Good Standing: | |
| Purpose: | |

### CORPORATION DATES

| | |
|---|---|
| Taxable Year End Date: | 03/31/88 |
| Filing Date: | 01/23/87 |
| Expiration Date: | |

### SUPPLEMENTAL POST MARK DATES

| | |
|---|---|
| Supplemental: | |
| Name Change: | |
| Purpose Change: | |
| Agent Resigned: | |

### MAILING ADDRESS

,

### PRINCIPAL ADDRESS

### PRINCIPAL ADDRESS (Outside New Mexico)

## REGISTERED AGENT

**Agent Designated:**

# COOP LICENSE INFORMATION

Number:
Type:
Expiration Year:

# OFFICERS

President
Vice President
Secretary
Treasurer

# DIRECTORS

Date Election of Directors: 04/00/87

| | |
|---|---|
| **KOENIG , FRANCES** | 6435 NABOR DR, NW ALBUQUERQUE NM 87107 |
| **SALMAN , DAVID M** | BOX 1307 LAS VEGAS NM 87701 |
| **SALMAN , WILLIAM** | RT. 4, BOX 217 SANTA FE NM 87501 |