**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Salman Ranch LTD, a New Mexico Limited Partnership, and William J. Salman as Tax Matters Partner Partner, | § | |
| Plaintiffs, | § | Case No. 06-503-T |
| | § | Judge Christine O.C. Miller |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

THE COURT, having considered the Plaintiffs' Motion for Summary Judgment and the entire file herein, and good cause being shown therefore, hereby ORDERS that any increase to the tax liability of the partners of Salman Ranch LTD (the "Partnership") due to the proposed adjustments to partnership items of the Partnership as reflected in a Final Partnership Administrative Adjustment issued on April 10, 2006 to the Partnership is barred by the statute of limitations set forth in 26 U.S.C. §§ 6501 and 6229.

DATED this _____ day of ________________, 2007.

BY THE COURT:

____________________________________
Christine O.C. Miller, Judge
United States Court of Federal Claims