**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Salman Ranch LTD, a New Mexico Limited Partnership, and William J. Salman as Tax Matters Partner Partner, | § | |
| Plaintiffs, | § | Case No. 06-503-T |
| v. | § | Judge Christine O.C. Miller |
| United States of America, | § | |
| Defendant. | § | |

PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACTS RELATING TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The Plaintiffs propose the following Findings of Uncontroverted Facts supporting the Plaintiffs' Motion for Summary Judgment filed herewith:

1. William Salman Ranch, Inc. (the "Corporation") was incorporated in New Mexico on March 1, 1974. Decl. ¶ 2; *See also* Certified Copy of Certificate of Articles of Incorporation for William Salman Ranch, Inc., attached as Pl. Ex. 4.

2. The Corporation operated a ranch in Mora County, New Mexico known as the Salman Ranch (the "Ranch") from 1974 to 1986. Decl. ¶ 3.

3. Beginning in about 1976, William J. Salman (the "TMP") and his siblings, David M. Salman and Frances S. Koenig, and their families began receiving stock in the Corporation as gifts. Decl. ¶ 4.

4. On December 1, 1986, the shareholders and directors of William Salman Ranch, Inc. adopted resolutions to dissolve the Corporation. Decl. ¶ 5.

5. By deeds and bills of sale, the Corporation transferred the Ranch to the shareholders on December 22, 1986. Decl. ¶ 6.

6. On December 22, 1986, the shareholders (and their interest in the Corporation) were the TMP (8.7286%), David M. Salman (8.7286%), Frances S. Koenig (8.7276%), the Frances D. Salman Testamentary Trust (46.3235%), David Mark Salman (4.0336%), Michael Richard Salman (4.0336%), Jefferson Brandli Salman (7.3190%), Lynn Koenig (4.0336%), Lisa Koenig (4.0336%) and Julia S. Koenig (4.0373%). Decl. ¶ 7.

7. On January 1, 1987, Salman Ranch LTD (the "Partnership") was formed and each of the former shareholders of the Corporation contributed their undivided interests in the Ranch to the Partnership. Decl. ¶ 8; *See also* Certified Copy of Certificate of Limited Partnership for Salman Ranch LTD, attached as Pl. Ex. 5.

8. The interests in the Partnership from January 1, 1987 to January 1, 1989 were:

| Name | General Partner Interest | Limited Partner Interest |
|---|---|---|
| William J. Salman | 0.74982% | 7.97878% |
| David M. Salman | 0.74982% | 7.97878% |
| Frances S. Koenig | 0.74982% | 7.97878% |
| Frances D. Koenig Testamentary Trust | 0.0% | 46.3235% |
| David Mark Salman | 0.0% | 4.0336% |
| Michael R. Salman | 0.0% | 4.0336% |
| Jefferson B. Salman | 0.0% | 7.3190% |

| | | |
|---|---|---|
| Lynn Koenig | 0.0% | 4.0336% |
| Lisa Koenig | 0.0% | 4.0336% |
| Julia Koenig | 0.0% | 4.0373% |

Decl. ¶ 9.

9. On January 1, 1989, the Frances D. Salman Testamentary Trust distributed its interests in the Partnership to the TMP, David M. Salman and Frances S. Koenig, in roughly equal parts. Decl. ¶ 10.

10. On October 8, 1999, each of the TMP, David Mark Salman, Michael R. Salman, Aaron G. Salman, Jacob M. Salman, David M. Salman, Jefferson B. Salman, Molly M. Salman, Mackenzie A. Salman, Frances S. Koenig, Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn and Emma M. Reford (the "Relevant Taxpayers") entered into short sales of U.S. Treasury Notes, bearing 5.625% coupons. Decl. ¶ 11.

11. These short sale resulted in aggregate cash proceeds of approximately $10,982,373. Decl. ¶ 12.

12. On or about October 13, 1999, the Relevant Taxpayers transferred the short positions and the cash proceeds to the Partnership. Decl. ¶ 13.

13. The Partnership closed the short sales shortly thereafter at a cost of approximately $10,980,688. Decl. ¶ 14.

14. On December 30, 1998, the New Mexico Secretary of State recorded the filing of certificates of limited partnership for William J. Salman Family Limited Partnership ("WJS FLP"), David M. Salman Family Limited Partnership ("DMS FLP") and Frances S. Koenig Family Limited Partnership ("FSK FLP"). *See* Certified Copy of

Certificate of Limited Partnership for William J. Salman Family Limited Partnership, attached as Pl. Ex. 1; Certified Copy of Certificate of Limited Partnership for David M. Salman Family Limited Partnership, attached as Pl. Ex. 2; Certified Copy of Certificate of Limited Partnership for Francis S. Koenig Family Limited Partnership, attached as Pl. Ex. 3.

15. On November 30, 1999, the TMP, David Mark Salman, Michael R. Salman, Aaron G. Salman and Jacob M . Salman contributed a portion of their interests in the Partnership to WJS FLP. Decl. ¶ 15.

16. On November 30, 1999, David M. Salman, Jefferson B. Salman, Molly M. Salman and Mackenzie A. Salman contributed a portion of their interests in the Partnership to DMS FLP. Decl. ¶ 16.

17. On November 30, 1999, Frances S. Koenig, Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn and Emma M. Reford contributed a portion of their interests in the Partnership to FSK FLP. Decl. ¶ 17.

18. After the transfers referenced in Proposed Findings 15 through 17, the interests in the Partnership were:

| Name | General Partner Interest | Limited Partner Interest |
|---|---|---|
| William J. Salman | 0.74982% | 0.5000% |
| David M. Salman | 0.74982% | 0.5000% |
| Frances S. Koenig | 0.74982% | 0.5000% |
| David Mark Salman | 0.0% | 0.5000% |
| Michael R. Salman | 0.0% | 0.5000% |

| | | |
|---|---|---|
| Jefferson B. Salman | 0.0% | 0.5000% |
| Lynn Koenig | 0.0% | 0.5000% |
| Lisa Koenig | 0.0% | 0.5000% |
| Julia Koenig | 0.0% | 0.5000% |
| Rachel Trojahn | 0.0% | 0.5000% |
| Jacob M. Salman | 0.0% | 0.5000% |
| Aaron G. Salman | 0.0% | 0.5000% |
| Molly M. Salman | 0.0% | 0.5000% |
| Mackenzie A. Salman | 0.0% | 0.5000% |
| Emma Redford | 0.0% | 0.5000% |
| WJS FLP | 0.0% | 28.9871% |
| DMS FLP | 0.0% | 28.7390% |
| FSK FLP | 0.0% | 32.5245% |

Decl. ¶ 18.

19. On December 23, 1999, the Partnership sold a portion of the Ranch for $7,088,588. Decl. ¶ 19.

20. As part of the sale on December 23, 1999, the Partnership also sold an option to acquire the remainder of the Ranch (with the exception of approximately 2400 acres surrounding the original hacienda, the buildings located near to the original hacienda and the dwelling house of David M. Salman), with an option price of $100,000 and an exercise price of $656.12 per acre. Decl. ¶ 20.

21. The Partnership reported the sale that occurred on December 23, 1999 on its IRS Form 1065 for the tax year ending December 31, 1999 (the “1999 Tax Year”), which

was filed during 2000. *See* Partnership 1999 Form 1065, attached as Pl. Ex. A to Decl.

22. The gain on the sale was reported as gain on the sale of property used in the Partnership's trade or business on line 6 of Schedule K of the Partnership's IRS Form 1065 for the 1999 Tax Year (the "Partnership's Return"), which requires IRS Form 4797 to be attached. *Id.*

23. The gain on the sale of the Ranch was reported on line 6 of the IRS Form 4797 that was attached to the Partnership's Return and the detail of the transaction was reported on line 2 of that form. *Id.*

24. Line 2(d) of the IRS Form 4797 attached to the Partnership's Return stated the "gross sales price" as $7,188,588 and line 2(f) of that form disclosed the costs of the property as $6,850,276. *Id.*

25. Line 6 of each Schedule K-1 issued by the Partnership to the partners of the Partnership for the 1999 Tax Year contained their proportionate share from the sale. *Id.*

26. WJS FLP, DMS FLP and FSK FLP each reported its share from the sale to its partners on their respective tax returns for the 1999 Tax Year and on the Schedule K-1s issued by each of them for that year to their respective partners. Decl. ¶ 23-24; *See, e.g.,* WJS FLP 1999 Form 1065, attached as Pl. Ex. B to Decl.

27. All of the Relevant Taxpayers reported (and paid tax on) their share from the sale on IRS Forms 1040 for the 1999 Tax Year, each of which were filed during 2000. Decl. ¶ 26-27; *See, e.g.,* William J. Salman 1999 Form 1040, attached as Pl. Ex. C to Decl.

28. The Internal Revenue Service (the "IRS") sent a Notice of Beginning of Administrative Proceedings to the Partnership and its partners on March 6, 2006. *See* Notice of Beginning of Administrative Proceeding.
29. The IRS sent Information Document Requests to the Partnership on March 6, 2006. *See* Forms 4564, Information Document Requests 1-2.
30. The response to these requests were sent on March 27, 2006. Decl. ¶ 28.
31. On April 10, 2006, the IRS sent a Final Partnership Administrative Adjustment to the Partnership and its partners. *See* Notice of Final Partnership Administrative Adjustment.
32. On July 5, 2006, the Partnership and the TMP filed the complaint in the instant action. *See* Comp. for Readjustment of Partnership Items.
33. The United States answered the complaint in the instant action on November 2, 2006. *See* Answer.
34. By December 31, 2006, three years had passed since December 31, 2000.
35. None of the Partnership, WJS FLP, DMS FLP, FSK FLP , the TMP (on his own behalf or on behalf of the partners of the Partnership or WJS FLP), David Mark Salman, Michael R. Salman, Aaron G. Salman, Jacob M. Salman, David M. Salman (on his own behalf or on behalf of the partners of DMS FLP), Jefferson B. Salman, Molly M. Salman, Mackenzie A. Salman, Frances S. Koenig (on her own behalf or on behalf of the partners of FSK FLP), Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn or Emma M. Reford agreed to any extension of the periods provided in 26 U.S.C. § 6501 or 26 U.S.C. § 6229. Decl. ¶ 29.

36. All required information regarding the partners of the Partnership was furnished on the tax return of the Partnership, all required information regarding the partners of WJS FLP was furnished on the tax return of WJS FLP, all required information regarding the partners of DMS FLP was furnished on the tax return of DMS FLP and all required information regarding the partners of FSK FLP was furnished on the tax return of FSK FLP. See, e.g., Partnership 1999 Form 1065, attached as Pl. Ex. A to Decl.

37. None of WJS FLP, DMS FLP, FSK FLP , David Mark Salman, Michael R. Salman, Aaron G. Salman, Jacob M. Salman, David M. Salman, Jefferson B. Salman, Molly M. Salman, Mackenzie A. Salman, Frances S. Koenig, Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn, Emma M. Reford or the TMP (in their capacities as notice partner or tax matters partner of the Partnership) received a Notice of Final Partnership Administrative Adjustment from the Internal Revenue Service at any point on or before December 31, 2003 for the tax year ending December 31, 1999. Decl. ¶ 30.

38. None of David Mark Salman, Michael R. Salman, Aaron G. Salman, Jacob M. Salman, David M. Salman, Jefferson B. Salman, Molly M. Salman, Mackenzie A. Salman, Frances S. Koenig, Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn, Emma M. Reford or the TMP have received any statutory notices of deficiency from the Internal Revenue Service for the tax year ending December 31, 1999. Decl. ¶ 31.

Respectfully submitted on February 1, 2007,

By: s/ Adam M. Cohen
Adam M. Cohen, attorney of record
Colorado State Bar No. 31924
Alan Poe, of counsel
Colorado State Bar No. 7641

HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
(303) 295-8372 Telephone
(303) 295-8261 Facsimile
acohen@hollandhart.com
apoe@hollandhart.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2007, I electronically filed the foregoing Plaintiffs' Proposed Findings of Uncontroverted Facts Relating to Plaintiffs' Motion for Summary Judgment with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David R. House
U.S. Department of Justice—Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

/s/ Adam M. Cohen
Adam M. Cohen