IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Christine O.C. Miller

No. 06-503

SALMAN Ranch LTD, a New Mexico Limited partnership,
and William J. Salmon as Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 8 days from March 25, 2007, to April 2, 2007, within which to file defendant's response to plaintiffs' Motion for Summary Judgment. Plaintiffs have no objections to the requested 8-day extension. This is the second such enlargement requested, the first being for a period of 20 days.

In support of this motion, the defendant states the following:

Plaintiffs filed their Motion for Summary Judgment this matter on February 1, 2007. The issues in this case include whether the six-year statute of limitations for assessment of 26 U.S.C. § 6501(e) applies with the result that the Notice of Final Partnership Administrative Adjustment was mailed timely. This issue is present in a number of tax shelter cases presently being

handled by the Government in various courts. Because of the nature of the issues presented by this case, various components of both the Office of Chief Counsel, Internal Revenue Service, and the Department of Justice must coordinate in the preparation of the response to plaintiffs' Motion for Summary Judgment. The additional time requested is required to allow for the coordination with the Service and the Department of Justice on preparation of the appropriate response to plaintiffs' Motion for Summary Judgment.

WHEREFORE, the defendant prays that its motion for an 8-day extension of time to respond to plaintiffs' Motion for Summary Judgment be allowed.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims

s/David Gustafson
OF COUNSEL