IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Christine O.C. Miller)

No. 06-503

SALMAN RANCH LTD, a New Mexico Limited partnership,
and William J. Salman as Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

CROSS-MOTION OF THE UNITED STATES FOR PARTIAL SUMMARY JUDGMENT, AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Rules of the United States Court of Federal Claims (RCFC), the United States hereby moves for partial summary judgment in its favor on the issue of whether the FPAA at issue here was issued prior to the expiration of the partners' period of limitations for assessment of taxes attributable to partnership items, and opposes plaintiffs' Motion for Summary Judgment. Plaintiff has moved for summary judgment on the grounds that the FPAA issued to Salman Ranch was untimely. The United States cross-moves for partial summary judgment on the grounds that the FPAA was issued at a time when the statute of limitations of § 6501(a) for assessing taxes attributable to partnership items was open for the partners' 1999 taxable year by reason of the 6-year extension of § 6501(e) due to the substantial omission of income from the partners' Forms 1040. In the alternative, the statute of limitations was open for the partners' 1999 taxable year by reason of the 6-year extension of § 6229(c)(2)

due to the substantial omission of income from the Form 1065 of Salman Ranch. There is no genuine issue of material fact with respect to this issue and defendant is entitled to judgment as a matter of law. The United States relies on its Memorandum in Support, Proposed Findings of Uncontroverted Facts, and the Declaration of David House with exhibits attached thereto, in support of this Motion.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
GROVER HARTT, III
Senior Litigation Counsel

s/Grover Hartt, III

OF COUNSEL