IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Christine O.C. Miller

No. 06-503

SALMAN RANCH LTD, a New Mexico Limited partnership,
and William J. Salman as Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

DECLARATION OF DAVID R. HOUSE[1]

I, David R. House, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the trial attorney assigned to defend the interests of the United States in the above-captioned case.

2. In my official capacity as the government's trial attorney, I have received certain administrative files of the Internal Revenue Service with respect to the above-referenced matter.

3. Those administrative materials include two partnership returns (Forms 1065) filed by Salman Ranch, Ltd.: one for the period ending November 30, 1999, and one for the period ending December 31, 1999. In addition, those materials include the income tax returns (Forms 1040) filed by partners of Salman Ranch, Ltd, for the year 1999, including those filed by:

[1]Although reference is made in this declaration to the "partnership" and partners, defendant does not concede that, under the applicable law, a viable partnership existed.

William J. Salman, David Mark Salman, Aaron G. Salman, Jacob M. Salman, David M. Salman, Jefferson B. Salman, Molly M. Salman, Mackenzie A. Salman, Frances S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn and Emma M. Reford.

4. A true and correct copy of the Form 1065 filed by Salman Ranch, Ltd., for the period ending November 30, 1999, is attached hereto as Exhibit A.

5. A true and correct copy of the Form 1065 filed by Salman Ranch, Ltd., for the period ending December 31, 1999, is attached hereto as Exhibit B.

6. A review of Exhibit B reveals income stated as follows:

Salman Ranch

| Line from 1065 | amount reported | |
|---|---|---|
| Sch. F, line 11 | 17,716 | |
| Schedule K-Line 2, rental | 1,142 | |
| Sch. K, line 4a, interest | 260 | |
| Sch. K, line 5, dividends | 4,785 | |
| Sch. K, line 6, 1231 gain | 338,312 | |
| Total income stated on return: | | 362,215 |

In computing the above amounts, gross receipts from Schedule F were used, without deducting any losses.

7. A true and correct copy of the Form 1040 filed by William J. Salman for the period ending December 31, 1999, is attached hereto as Exhibit C.

8. A review of Exhibit C reveals income stated as follows:

| Line from 1040 | Income | amount reported |
|---|---|---|
| 7 | wages | 76,016 |
| 8 | interest | 31,093 |
| 9 | dividends | 13,398 |
| 12 | schedule C | 4,800 |
| 13 | capital gains | 72,034 |
| 17 | Sch. E partnership | 4,666 |
| Total income stated on return: | | 208,385 |

In computing the stated income, no losses or expenses were deducted from Sch. E or Sch. C income amounts.

9. A true and correct copy of the Form 1040 filed by David M. Salman for the period ending December 31, 1999, is attached hereto as Exhibit D.

10. A review of Exhibit D reveals income stated as follows:

| Line from 1040 | Income | amount reported | |
|---|---|---|---|
| 7 | wages | 147,407 | |
| 8(a) | interest | 4082 | |
| 9 | dividends | 3,043 | |
| 10 | refund | 124 | |
| 12 | Schedule C | 3,832 | |
| 13 | capital gain | 34,363 | |
| 17 Schedule E | partnership | 1929 | |
| 21 | other income | 2,400 | |
| Total income stated on return: | | | 193,224 |

In computing the stated income, no losses or expenses were deducted from Sch. E or Sch. C income amounts.

11. The schedule D attached to the Form 1040 of William J. Salman, Ex. C, p. C9, shows in pertinent part:

SCHEDULE D (Form 1040)
Department of the Treasury Internal Revenue Service (99)

**Capital Gains and Losses**

► Attach to Form 1040. ► See Instructions for Schedule D (Form 1040).
► Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074 **1999** Attachment Sequence No. 12

Name(s) shown on Form 1040: WILLIAM J. & MARJORIE R. SALMAN
Your social security number: [redacted]

Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1 400 SH LEHMAN BROS. | 11/26/98 | 10/22/99 | 26,459 | 19,765 | 6,694 |
| 700 SH ROSS STORES | 04/24/98 | 12/29/98 | 24,566 | 34,125 | -9,559 |
| LOSS ON ROSS SH REPORTED 1998 | 04/24/98 | 12/29/98 | 34,125 | 24,566 | 9,559 |
| US TREASURY NOTE | Various | 10/08/99 | 1,951,575 | 1,951,879 | -304 |
| 2 Enter your short-term totals, if any, from Schedule D-1, line 2 | | 2 | | | |

12. The schedule D attached to the Form 1040 of David M. Salman, Ex. D, p. D-7, shows in pertinent part:

SCHEDULE D (Form 1040)
Department of the Treasury Internal Revenue Service (99)

**Capital Gains and Losses**

► Attach to Form 1040. ► See Instructions for Schedule D (Form 1040).

OMB No. 1545-0074 **1999** Attachment Sequence No. 12

Name(s) shown on Form 1040: DAVID M & AVA SALMAN
Your social security number: [redacted]

Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired / (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|
| 1 48 shs Ford Motor Company | 05/24/99<br>08/24/99 | 2,377. | 2,766. | <389.> |
| 33829 shs Unit EIF Select Ten Indus 98B | 06/01/98<br>05/24/99 | 36,354. | 32,931. | 3,423. |
| US Treasury Note | VARIOUS<br>10/08/99 | 617,912. | 618,009. | <97.> |
| 500 shs Garden.Com Inc. | 09/16/99<br>09/17/99 | 9,775. | 6,000. | 3,775. |

13. A review of the individuals' Forms 1040 listed in para. 3, above, reveals that, for each return filed for 1999, the individual reported a transaction on Schedule D similar to those in paragraphs 11 and 12, above, which described the property involved as US Treasury Note; listed the date acquired as "various"; listed the date sold as 10/8/99; and reported a small loss on the transaction.

14. A review of the individuals' Forms 1040 listed in para. 3, above, shows that no K-1 from Salman Ranch, Ltd, describing a transaction in treasury notes, or reporting a short-term capital loss is attached.

15. A review of the individuals' Forms 1040 listed in para. 3, above, reveals that, for each return filed for 1999, there is no reporting of the gross proceeds received for the sale of the ranch.

I declare under penalties of perjury that the foregoing is true and correct.

Executed on April 2, 2007

David R. House