# EXHIBIT D

# Form 1040 U.S. Individual Income Tax Return 1999

Department of the Treasury—Internal Revenue Service  (99)   IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1999, or other tax year beginning , 1999, ending

OMB No. 1545-0074

**Label** (See instructions on page 18.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: DAVID M    Last name: SALMAN
If a joint return, spouse's first name and initial: AVA    Last name: SALMAN

Your social security number: [redacted]
Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see page 18.   Apt. no.: [redacted]
City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.: [redacted]

**IMPORTANT!** You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.)
Do you want $3 to go to this fund? — No: X
If a joint return, does your spouse want $3 to go to this fund? — No: X

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** — Check only one box.
1. Single
2. [X] Married filing joint return (even if only one had income)
3. Married filing separate return. Enter spouse's soc. sec. no. above and full name here.
4. Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here.
5. Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a
b [X] Spouse
c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|---|
| Aaron | Salman | [redacted] | Son | X |

No. of boxes checked on 6a and 6b: 2
No. of your children on 6c who:
• lived with you: 1
• did not live with you due to divorce or separation (see page 19)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ 3

d Total number of exemptions claimed

RECEIVED 081700 JUSTIN TEXAS

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 147,407. |
| 8a | Taxable interest. Attach Schedule B if required | 4,082. |
| 8b | Tax-exempt interest. DO NOT include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | 3,043. |
| 10 | Taxable refunds, or credits of state and local income taxes   Stmt 1 Stmt 2 | 124. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 2,300. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 34,363. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions    15a         b Taxable amount (see page 22) | 15b |
| 16a | Total pensions and annuities   16a         b Taxable amount (see page 22) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | <18,666.> |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits    20a         b Taxable amount (see page 24) | 20b |
| 21 | Other income. List type and amount (see page 24) Director Fees   2,400. | 2,400. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 175,053. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction (see page 26) | |
| 24 | Student loan interest deduction (see page 26) | |
| 25 | Medical savings account deduction. Attach Form 8853 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 63. |
| 28 | Self-employed health insurance deduction (see page 28) | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | Add lines 23 through 31a | 63. |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 174,990. |

910001 10-29-99  LHA  **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54.**   Form **1040** (1999)

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 174,990. |
| | 35a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ | 35a | |
| **Standard Deduction for Most People** | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ | 35b ☐ | |
| Single: $4,300 | 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. But see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 17,494. |
| Head of household: $6,350 | 37 | Subtract line 36 from line 34 | 37 | 157,496. |
| | 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | 38 | 8,250. |
| Married filing jointly or Qualifying widow(er): $7,200 | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 149,246. |
| | 40 | **Tax** (see page 31). Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 34,506. |
| | 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| Married filing separately: $3,600 | 43 | Child tax credit (see page 33) | 43 | |
| | 44 | Education credits. Attach Form 8863 | 44 | |
| | 45 | Adoption credit. Attach Form 8839 | 45 | |
| | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | |
| | 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) _____ | 47 | |
| | 48 | Add lines 41 through 47. These are your **total credits** | 48 | |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 34,506. |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE | 50 | 126. |
| | 51 | Alternative minimum tax. Attach Form 6251 | 51 | 0. |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| | 55 | Household employment taxes. Attach Schedule H | 55 | |
| | 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56 | 34,632. |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | 31,368. |
| | 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | 6,653. |
| | 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child | | |
| | b | Nontaxable earned income: amount ▶ _____ and type ▶ _____ | 59a | |
| | 60 | Additional child tax credit. Attach Form 8812 | 60 | |
| | 61 | Amount paid with request for extension to file (see page 48) | 61 | |
| | 62 | Excess social security and RRTA tax withheld (see page 48) | 62 | |
| | 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | 64 | 38,021. |
| **Refund** | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** ▶ | 65 | 3,389. |
| Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d. | 66a | Amount of line 65 you want **REFUNDED TO YOU** | 66a | |
| | b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number _____ | | |
| | 67 | Amount of line 65 you want **APPLIED TO YOUR 2000 ESTIMATED TAX** ▶ | 67 | 3,389. |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 49 ▶ | 68 | |
| | 69 | Estimated tax penalty. Also include on line 68 | 69 | |

**Sign Here**

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime telephone number (optional) |
|---|---|---|---|
| ▶ David M. Salman | 8/14/00 | General Manager | |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |
| Ava M. Salman | 8-14-00 | Mailorder Manager | |

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed | Preparer's SSN or PTIN |
|---|---|---|---|
| ▶ | 8-3-00 | ☐ | |
| Firm's name (or yours if self-employed) and address | DuBois, Cooksey, Bischoff & Ferreri | EIN | 85 0219314 |
| | | ZIP code | 87102 |

D3

910002
05-17-00

| | | | | | |
|---|---|---|---|---|---|
| SCHEDULES A&B (Form 1040) | | **Schedule A - Itemized Deductions** (Schedule B is on page 2) | | OMB No. 1545-0074 **1999** | |
| Department of the Treasury Internal Revenue Service (99) | | ▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040). | | Attachment Sequence No. **07** | |
| Name(s) shown on Form 1040 | | | | Your social security number | |
| DAVID M & AVA SALMAN | | | | | |

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution:** Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | |
| | 2 | Enter amount from Form 1040, line 34 ............ | 2 | |
| | 3 | Multiply line 2 above by 7.5% (.075) ................... | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes       See Statement 5 | 5 | 10,587. |
| | 6 | Real estate taxes (see page A-2) | 6 | 1,123. |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | |
| | 9 | Add lines 5 through 8 | | 9  11,710. |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 5,046. |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ _____ | 11 | |
| **Note:** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. (See page A-3.) | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | 13 | |
| | 14 | Add lines 10 through 13 | | 14  5,046. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4      See Statement 6 | 15 | 2,190. |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **MUST** attach Form 8283 if over $500 | 16 | |
| | 17 | Carryover from prior year | 17 | |
| | 18 | Add lines 15 through 17 | | 18  2,190. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | 19 |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ _____ | 20 | |
| | 21 | Tax preparation fees | 21 | 792. |
| | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ See Statement 4 _____ | 22 | 36. |
| | 23 | Add lines 20 through 22 | 23 | 828. |
| | 24 | Enter amount from Form 1040, line 34 ........... | 24 | 174,990. |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 3,500. |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26  0. |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount ▶ _____ | | 27 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)?         Stmt 7 ☐ **NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36. ☒ **YES.** Your deduction may be limited. See page A-6 for the amount to enter. | ▶ | 28  17,494. |

LHA  For Paperwork Reduction Act Notice, see Form 1040 instructions.  Schedule A (Form 1040) 1999
919501 05-17-00

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1. | Your social security number

DAVID M & AVA SALMAN

## Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. **08**

**Part I Interest**

**Note.** If you had over $400 in taxable interest, you must also complete Part III.

1. List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶

| Payer | Amount |
|---|---|
| Bank of Santa Fe | 169. |
| Santa Fe Greenhouses, Inc. | 3,600. |
| From K-1 - Salman Ranch, Ltd. | 161. |
| From K-1 - Oak Creek Plaza, Ltd. | 96. |
| From K-1 - Salman Enterprises | 1. |
| From K-1 - Salman Ranch, Ltd. | 1. |
| From K-1 - William J. Salman Family Limited Partnership | 13. |
| From K-1 - Salman Enterprises | 41. |

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

2. Add the amounts on line 1 ............................................................ **2** | 4,082.
3. Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **MUST** attach Form 8815 ................................................ **3** |
4. Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ **4** | 4,082.

**Part II Ordinary Dividends**

**Note.** If you had over $400 in ordinary dividends, you must also complete Part III.

5. List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ▶

| Payer | Amount |
|---|---|
| Fidelity Cash Reserves | 821. |
| Merrill Lynch | 262. |
| MLDW Dean Witter Reynolds | 1,251. |
| MLDW Active Assets | 199. |
| Hambrecht & Quist LLC | 16. |
| From K-1 - Salman Ranch, Ltd. | 230. |
| From K-1 - Salman Ranch, Ltd. | 24. |
| From K-1 - William J. Salman Family Limited Partnership | 1. |
| From K-1 - William J. Salman Family Limited Partnership | 239. |

**Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

6. Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ................. **6** | 3,043.

**Part III Foreign Accounts and Trusts**

You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

|  | Yes | No |
|---|---|---|
| 7a At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? |  | X |
| b If "Yes," enter the name of the foreign country ▶ |  |  |
| 8 During 1999, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 |  | X |

LHA  **For Paperwork Reduction Act Notice, see Form 1040 instructions.**  Schedule B (Form 1040) 1999

927501
10-11-99

# SCHEDULE C (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or Form 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**1999**

Attachment Sequence No. **09**

Name of proprietor: **DAVID M SALMAN**

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see page C-1)
**Lecturing**

**B** Enter code from pages C-8 & 9 ▶ **541990**

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 1999? If "No," see page C-2 for limit on losses ...... [X] Yes [ ] No

**H** If you started or acquired this business during 1999, check here ▶ [ ]

### Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ [ ] | 1 | 3,832. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 3,832. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 3,832. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6. ▶ | 7 | 3,832. |

### Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see page C-3) | 9 | | 20 | Rent or lease (see page C-4): | | |
| 10 | Car and truck expenses (see page C-3) | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Commissions and fees | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 1,532. |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Meals and entertainment | | |
| 15 | Insurance (other than health) | 15 | | c | Enter nondeductible amount included on line 24b (see page C-5) | | |
| 16 | Interest: | | | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | | d | Subtract line 24c from line 24b | 24d | |
| b | Other | 16b | | 25 | Utilities | 25 | |
| 17 | Legal and professional services | 17 | | 26 | Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | | 27 | Other expenses (from line 48 on page 2) | 27 | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | | 28 | 1,532. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | | 29 | 2,300. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | | | | 31 | 2,300. |

- If a profit, enter on **Form 1040, line 12**, and ALSO on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
- If a loss, you MUST go on to line 32.

**32** If you have a loss, check the box that describes your investment in this activity (see page C-6).
- If you checked 32a, enter the loss on **Form 1040, line 12**, and ALSO on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you MUST attach **Form 6198**.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

LHA For Paperwork Reduction Act Notice, see Form 1040 Instructions.   Schedule C (Form 1040) 1999

920001 10-18-99

**D6**

# SCHEDULE D (Form 1040)
## Capital Gains and Losses

Department of the Treasury
Internal Revenue Service (99)

▶ Attach to Form 1040.　▶ See Instructions for Schedule D (Form 1040).

OMB No. 1545-0074

**1999**

Attachment Sequence No. **12**

Name(s) shown on Form 1040: **DAVID M & AVA SALMAN**

Your social security number: [redacted]

### Part I  Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired / (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) GAIN or (LOSS) Subtract (e) from (d) | |
|---|---|---|---|---|---|
| 1  48 shs Ford Motor Company | 05/24/99 08/24/99 | 2,377. | 2,766. | <389.> | |
| 33829 shs Unit EIF Select Ten Indus 98B | 06/01/98 05/24/99 | 36,354. | 32,931. | 3,423. | |
| US Treasury Note | VARIOUS 10/08/99 | 617,912. | 618,009. | <97.> | |
| 500 shs Garden.Com Inc. | 09/16/99 09/17/99 | 9,775. | 6,000. | 3,775. | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Enter your short-term totals | **2** | | | |
| 3 | **Total short-term sales price amounts.** Add column (d) of lines 1 and 2 | **3** | 666,418. | | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | | **4** | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | **5** | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1998 Capital Loss Carryover Worksheet | | | **6** | ( ) |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) ▶ | | | **7** | 6,712. |

### Part II  Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired / (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|
| 8  Exxon Mobil Corp. | 12/01/99 | 53. | | 53. | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Enter your long-term totals | **9** | | | |
| 10 | **Total long-term sales price amounts.** Add column (d) of lines 8 and 9 | **10** | 53. | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824  See Statement 8 | | | **11** | 18,666. |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | | **12** | |
| 13 | Capital gain distributions.  See Statement 9 | | | **13** | 8,932. |
| 14 | Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1998 Capital Loss Carryover Worksheet | | | **14** | ( )( ) |
| 15 | Combine lines 8 through 14 in column (g) | | | **15** | |
| 16 | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ▶ | | | **16** | 27,651. |
| | Next: Go to Part III on page 2. | | | | |

* **28% Rate Gain or Loss** includes all "collectibles gains and losses" and up to 50% of the eligible gain on qualified small business stock.

LHA　For Paperwork Reduction Act Notice, see Form 1040 instructions.　　　　Schedule D (Form 1040) 1999

**D7**

920511/10-11-99

| Part III | Summary of Parts I and II | | |
|---|---|---|---|
| 17 | Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13 | 17 | 34,363. |

  Next: Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:
  - Both lines 16 and 17 are gains, **and**
  - Form 1040, line 39, is more than zero.

18 If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:
  - The loss on line 17, **or**
  - ($3,000) or, if married filing separately, ($1,500) ............................................................................ 18 ( )

  Next: Skip **Part IV** below. Instead, complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** if:
  - The loss on line 17 exceeds the loss on line 18, **or**
  - Form 1040, line 37, is a loss.

| Part IV | Tax Computation Using Maximum Capital Gains Rates | | | |
|---|---|---|---|---|
| 19 | Enter your taxable income from Form 1040, line 39 | | 19 | 149,246. |
| 20 | Enter the **smaller** of line 16 or line 17 of Schedule D | 20 | 27,651. | |
| 21 | If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | |
| 22 | Subtract line 21 from line 20. If zero or less, enter -0- | 22 | 27,651. | |
| 23 | Combine line 7 and 15. If zero or less, enter -0- | 23 | 6,712. | |
| 24 | Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | | |
| 25 | Enter your unrecaptured section 1250 gain, if any, from line 16 of the worksheet | 25 | | |
| 26 | Add lines 24 and 25 | 26 | | |
| 27 | Subtract line 26 from line 22. If zero or less, enter -0- | | 27 | 27,651. |
| 28 | Subtract line 27 from line 19. If zero or less, enter -0- | | 28 | 121,595. |
| 29 | Enter the **smaller** of:<br>• The amount on line 19, **or**<br>• $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household | | 29 | 43,050. |
| 30 | Enter the **smaller** of line 28 or line 29 | 30 | 43,050. | |
| 31 | Subtract line 22 from line 19. If zero or less, enter -0- | 31 | 121,595. | |
| 32 | Enter the **larger** of line 30 or line 31 ▶ | 32 | 121,595. | |
| 33 | Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies | | 33 | 28,976. |
|  | **Note.** If line 29 is less than line 28, go to line 38. | | | |
| 34 | Enter the amount from line 29 | 34 | | |
| 35 | Enter the amount from line 28 | 35 | | |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- ▶ | 36 | | |
| 37 | Multiply line 36 by 10% (.10) | | 37 | |
|  | **Note.** If line 27 is more than zero **and** equal to line 36, go to line 52. | | | |
| 38 | Enter the **smaller** of line 19 or line 27 | 38 | 27,651. | |
| 39 | Enter the amount from line 36 | 39 | | |
| 40 | Subtract line 39 from line 38 ▶ | 40 | 27,651. | |
| 41 | Multiply line 40 by 20% (.20) | | 41 | 5,530. |
|  | **Note.** If line 25 is zero or blank, skip lines 42 through 47 and read the note above line 48. | | | |
| 42 | Enter the **smaller** of line 22 or line 25 | 42 | | |
| 43 | Add lines 22 and 32 | 43 | | |
| 44 | Enter the amount from line 19 | 44 | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | | |
| 46 | Subtract line 45 from line 42. If zero or less, enter -0- ▶ | 46 | | |
| 47 | Multiply line 46 by 25% (.25) | | 47 | |
|  | **Note.** If line 24 is zero or blank, go to line 52. | | | |
| 48 | Enter the amount from line 19 | 48 | | |
| 49 | Add lines 32, 36, 40, and 46 | 49 | | |
| 50 | Subtract line 49 from line 48 | 50 | | |
| 51 | Multiply line 50 by 28% (.28) | | 51 | |
| 52 | Add lines 33, 37, 41, 47, and 51 | | 52 | 34,506. |
| 53 | Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | 53 | 37,548. |
| 54 | **Tax on taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 ▶ | | 54 | 34,506. |

D8

920512 11-04-99

Name(s) shown on return. Do not enter name and social security number if shown on page 1.

DAVID M & AVA SALMAN

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gross inc[ome]*
*Real Estate professionals must complete line 42 below.*

### Part II — Income or Loss From Partnerships and S Corporations
Note: *If you report a loss from an at-risk activity, you MUST check either column (e) or (f) on line 27 to describe your investment in the activity. If you check column (f) you must attach Form 6198.*

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | See Statement 10 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 1,929. | | | |
| b Totals | 20,595. | | | | |

| 29 | Add columns (h) and (k) of line 28a | 29 | 1,929. |
|---|---|---|---|
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | ( 20,595. ) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | <18,666.> |

### Part III — Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| 34 | Add columns (d) and (f) of line 33a | 34 | |
|---|---|---|---|
| 35 | Add columns (c) and (e) of line 33b | 35 | ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |
|---|---|---|---|

### Part V — Summary

| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below | 39 | |
|---|---|---|---|
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 | <18,666.> |
| 41 | Reconciliation of Farming and Fishing Income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | 41 | |
| 42 | Reconciliation for Real Estate Professionals. If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | |

## 1999 Income from Passthroughs

```
Oak Creek Plaza, Ltd.
I.D. Number: 36-3421908
Type: Partnership

Activity Information:

  Oak Creek Plaza, Ltd.

  Other passive activity

  Rental real estate income (loss)                              -142
                                                           ─────────

     Schedule E activity income (loss)                                      -142
     PAL carryover from 1998 - Schedule E                                 -2,854
     Disallowed loss from Form 8582                                        1,337
                                                                      ─────────

     Allowable passive loss from Form 8582                               -1,659
                                                                      ═════════


  Tax Preference Items:

  Depreciation adjustment for post-1986 property                            -1
  Adjusted gain or loss                                                    -11
  AMT PAL carryover from 1998 - Schedule E                               2,493

Other K-1 Information:

  Interest - Total                                                          96
```

**D10**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ | |
|---|---|---|
| DAVID M SALMAN | | ■■■■■■■■ |

**Section B – Long Schedule SE**

### Part I  Self-Employment Tax

**Note:** *If your only income subject to self-employment tax is* **church employee income,** *skip lines 1 through 4b. Enter -0- on line 4c and go to line 5a. Income from services you performed as a minister or a member of a religious order* **is not** *church employee income. See page SE-1.*

| | | | |
|---|---|---:|---:|
| A | If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I .......... ▶ ☐ | | |
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a. **Note:** *Skip this line if you use the farm optional method. See page SE-3* | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report. **Note:** *Skip this line if you use the nonfarm optional method. See page SE-3*     See Statement 11 | 2 | 4,700. |
| 3 | Combine lines 1 and 2 | 3 | 4,700. |
| 4a | If line 3 is more than zero, multiply line 3 by 92.35% (.9235). Otherwise, enter amount from line 3 | 4a | 4,340. |
| b | If you elected one or both of the optional methods, enter the total of lines 15 and 17 here | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **do not** file this schedule; you do not owe self-employment tax. **Exception.** If less than $400 and you had **church employee income,** enter -0- and continue. ▶ | 4c | 4,340. |
| 5a | Enter your **church employee income** from Form W-2. **Caution:** *See page SE-1 for definition of church employee income*     5a | 5b | |
| b | Multiply line 5a by 92.35% (.9235). If less than $100, enter -0- | 5b | |
| 6 | **Net earnings from self-employment.** Add lines 4c and 5b | 6 | 4,340. |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 1999 | 7 | 72,600.00 |
| 8a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation     8a    72,600. | | |
| b | Unreported tips subject to social security tax (from Form 4137, line 9)     8b | | |
| c | Add lines 8a and 8b | 8c | 72,600. |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ▶ | 9 | 0. |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (.124) | 10 | 0. |
| 11 | Multiply line 6 by 2.9% (.029) | 11 | 126. |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Form 1040, line 50** | 12 | 126. |
| 13 | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (.5). Enter the result here and on **Form 1040, line 27**     13    63. | | |

### Part II  Optional Methods To Figure Net Earnings (See page SE-3.)

**Farm Optional Method.** You may use this method **only** if:
- Your gross farm income[1] was not more than $2,400, **or**
- Your net farm profits[2] were less than $1,733.

| | | | |
|---|---|---:|---:|
| 14 | Maximum income for optional methods | 14 | 1,600.00 |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) **or** $1,600. Also include this amount on line 4b above | 15 | |

**Nonfarm Optional Method.** You may use this method **only** if:
- Your net nonfarm profits[3] were less than $1,733 and also less than 72.189% of your gross nonfarm income,[4] **and**
- You had net earnings from self-employment of at least $400 in 2 of the prior 3 years.

**Caution:** *You may use this method no more than five times.*

| | | | |
|---|---|---:|---:|
| 16 | Subtract line 15 from line 14 | 16 | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also include this amount on line 4b above | 17 | |

[1] From Sch. F, line 11, and Sch. K-1 (Form 1065), line 15b.
[2] From Sch. F, line 36, and Sch. K-1 (Form 1065), line 15a.
[3] From Sch. C, line 31; Sch. C-EZ, line 3; Sch. K-1 (Form 1065), line 15a; and Sch. K-1 (Form 1065-B), box 9.
[4] From Sch. C, line 7; Sch. C-EZ, line 1; Sch. K-1 (Form 1065), line 15c; and Sch. K-1 (Form 1065-B), box 9.

| Form **4797** | Sales of Business Property | OMB No. 1545-0184 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | (Also Involuntary Conversions and Recapture Amounts<br>Under Sections 179 and 280F(b)(2))<br>▶ Attach to your tax return.  ▶ See separate instructions. | **1999**<br>Attachment<br>Sequence No. **27** |

Name(s) shown on return: **DAVID M & AVA SALMAN**

Identifying number: [redacted]

**1** Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1999 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 .......... **1**

### Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Property Held More Than 1 Year

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) GAIN or (LOSS) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| See Statement 12 | | | | | | 18,666. |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **3** Gain, if any, from Form 4684, line 39 | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** Gain, if any, from line 32, from other than casualty or theft | **6** | |
| **7** Combine lines 2 through 6. Enter gain or (loss) here, and on the appropriate line as follows: | **7** | 18,666. |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.

| | | |
|---|---|---|
| **8** Nonrecaptured net section 1231 losses from prior years | **8** | |
| **9** Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows: | **9** | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

### Part II — Ordinary Gains and Losses

**10** Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **11** Loss, if any, from line 7 | **11** | |
| **12** Gain, if any, from line 7, or amount from line 8, if applicable | **12** | |
| **13** Gain, if any, from line 31 | **13** | |
| **14** Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations | **17** | |
| **18** Combine lines 10 through 17. Enter gain or (loss) here, and on the appropriate line as follows: | **18** | |

**a** For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

**b** For individual returns:

(1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797, line 18b(1)." .......... **18b(1)**

(2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 .......... **18b(2)**

LHA   For Paperwork Reduction Act Notice, see separate Instructions.    Form **4797** (1999)

D12

918011/02-03-00

### Part III — Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| A | | | |
| B | | | |
| C | | | |
| D | | | |

| | These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** See line 1 before completing.) | 20 | | | | |
| 21 | Cost or other basis plus expense of sale | 21 | | | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | | | | |
| b | Enter the **smaller** of line 24 or 25a | 25b | | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

### Part IV — Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. | 35 | | |

Form **4797** (1999)

918012
10-21-99

| Form **6251** | **Alternative Minimum Tax - Individuals** | OMB No. 1545-0227 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040 or Form 1040NR. | **1999** Attachment Sequence No. **32** |

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| DAVID M & AVA SALMAN | |

### Part I — Adjustments and Preferences

| # | Description | | Amount |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 36, here and go to line 6 | 1 | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 **or** 2 1/2% of Form 1040, line 34 | 2 | |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 | 3 | 11,710. |
| 4 | Certain interest on a home mortgage **not** used to buy, build, or improve your home | 4 | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 | 5 | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 | 6 | <124.> |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | 7 | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | 8 | |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | 9 | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | 10 | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss  See Statement 13 | 11 | 0. |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 9 | 12 | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | 13 | |
| 14 | Other. Enter the amount, if any, for each item below and enter the total on line 14. <br> a Circulation expenditures   h Loss limitations <br> b Depletion   i Mining costs <br> c Depreciation (pre-1987)   j Patron's adjustment <br> d Installment sales   k Pollution control facilities <br> e Intangible drilling costs   l Research and experimental <br> f Large partnerships   m Section 1202 exclusion <br> g Long-term contracts   n Tax shelter farm activities <br>   o Related adjustments | 14 | |
| 15 | **Total Adjustments and Preferences.** Combine lines 1 through 14 | 15 | 11,586. |

### Part II — Alternative Minimum Taxable Income

| 16 | Enter the amount from **Form 1040, line 37.** If less than zero, enter as a (loss) | 16 | 157,496. |
|---|---|---|---|
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | 17 | |
| 18 | If Form 1040, line 34, is over $126,600 (over $63,300 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 28 | 18 | <1,452.> |
| 19 | Combine lines 15 through 18 | 19 | 167,630. |
| 20 | Alternative tax net operating loss deduction | 20 | |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see instructions.) | 21 | 167,630. |

### Part III — Exemption Amount and Alternative Minimum Tax

| 22 | **Exemption Amount.** (If this form is for a child under age 14, see instructions.) <br> If your filing status is:   AND line 21 is not over:   THEN enter on line 22: <br> Single or head of household   $112,500   $33,750 <br> Married filing jointly or qualifying widow(er)   150,000   45,000 } Stmt 14 <br> Married filing separately   75,000   22,500 <br> If line 21 is **over** the amount shown above for your filing status, see instructions. | 22 | 40,592. |
|---|---|---|---|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 | 23 | 127,038. |
| 24 | If you reported capital gain distributions directly on Form 1040, line 13, **or** you completed Schedule D (Form 1040) and have an amount on line 25 or 27 (or would have had an amount on either line if you had completed Part IV) (as refigured for the AMT, if necessary), go to Part IV of Form 6251 to figure line 24. **All others:** If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 24 | 31,371. |
| 25 | Alternative minimum tax foreign tax credit | 25 | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 | 26 | 31,371. |
| 27 | Enter your tax from Form 1040, line 40 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 46) | 27 | 34,506. |
| 28 | **Alternative Minimum Tax.** Subtract line 27 from line 26. If zero or less, enter -0-. Enter here and on Form 1040, line 51 | 28 | 0. |

LHA   **For Paperwork Reduction Act Notice, see instructions.**   D14   Form **6251** (1999)

919481 11-17-99

**Part IV** Line 24 Computation Using Maximum Capital Gains Rates

**Caution:** *If you **did not** complete Part IV of Schedule D (Form 1040), see the instructions before you complete this part.*

| | | |
|---|---:|---:|
| 29 Enter the amount from Form 6251, line 23 | 29 | 127,038. |
| 30 Enter the amount from Schedule D (Form 1040), line 27 (as refigured for the AMT, if necessary) ... 30  27,651. | | |
| 31 Enter the amount from Schedule D (Form 1040), line 25 (as refigured for the AMT, if necessary) ... 31 | | |
| 32 Add lines 30 and 31 ... 32  27,651. | | |
| 33 Enter the amount from Schedule D (Form 1040), line 22 (as refigured for the AMT, if necessary). ... 33  27,651. | | |
| 34 Enter the **smaller** of line 32 or line 33 | 34 | 27,651. |
| 35 Subtract line 34 from line 29. If zero or less, enter -0- | 35 | 99,387. |
| 36 If line 35 is $175,000 or less ($87,500 or less if married filing separately), multiply line 35 by 26% (.26). Otherwise, multiply line 35 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 36 | 25,841. |
| 37 Enter the amount from Schedule D (Form 1040), line 36 (as figured for the regular tax) ... 37 | | |
| 38 Enter the **smallest** of line 29, line 30, or line 37 ... 38 | | |
| 39 Multiply line 38 by 10% (.10) | 39 | |
| 40 Enter the **smaller** of line 29 or line 30 ... 40  27,651. | | |
| 41 Enter the amount from line 38 ... 41 | | |
| 42 Subtract line 41 from line 40 ... 42  27,651. | | |
| 43 Multiply line 42 by 20% (.20) | 43 | 5,530. |
| **Note:** *If line 31 is zero or blank, go to line 48.* | | |
| 44 Enter the amount from line 29 ... 44 | | |
| 45 Add lines 35, 38, and 42 ... 45 | | |
| 46 Subtract line 45 from line 44 ... 46 | | |
| 47 Multiply line 46 by 25% (.25) | 47 | |
| 48 Add lines 36, 39, 43, and 47 | 48 | 31,371. |
| 49 If line 29 is $175,000 or less ($87,500 or less if married filing separately), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | 49 | 33,030. |
| 50 Enter the **smaller** of line 48 or line 49 here and on line 24 | 50 | 31,371. |

Form **6251** (1999)

# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

**Name(s):** DAVID M & AVA SALMAN
**Social Security Number:** [redacted]

| Form Name | Description | Income | Form 6251, Line 8 | Form 6251, Line 9 | Adjustment Form 6251, Line 11 | Form 6251, Line 14h | Form 6251 Other Adjustment |
|---|---|---|---|---|---|---|---|
| 4797 | Salman Ranch, Ltd. | | | | | | |
| | * Regular Gain/Loss | 1,692. | | | | | |
| | * AMT Net Gain/Loss | 1,692. | | | | | |
| 4797 | W.J.Salman FLP-General interest | | | | | | |
| | * Regular Gain/Loss | 76. | | | | | |
| | * AMT Net Gain/Loss | 76. | | | | | |
| 4797 | W.J.Salman FLP-Limited interest | | | | | | |
| | * Regular Gain/Loss | 16,898. | | | | | |
| | * AMT Net Gain/Loss | 16,898. | | | | | |
| K1 | Salman Ranch, Ltd. | | | | | | |
| | * Regular Income | <18,472.> | | | | | |
| | PAL Carryover | 26,618. | | | 26,618. | | |
| | AMT PAL Carryover | <23,805.> | | | <23,805.> | | |
| | AMT Adjustments | 145. | | | 145. | | |
| | PAL Disallowed | <14,882.> | | | <14,882.> | | |
| | AMT PAL Disallowed | 11,719. | | | 11,719. | | |
| | * AMT Net Income | <18,677.> | | | <205.> | | |

D16

919911
05-15-99

# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

**Name(s):** DAVID M & AVA SALMAN
**Social Security Number:** [redacted]

| Form Name | Description | Income | Adjustment | | | |
|---|---|---|---|---|---|---|
| | | | Form 6251, Line 8 | Form 6251, Line 9 | Form 6251, Line 11 | Form 6251, Line 14h |
| K1- | Salman Ranch, Ltd. | | | | | |
| | * Regular Income | 254. | | | | |
| | PAL Carryover | 453. | | | 453. | |
| | AMT PAL Carryover | <460.> | | | <460.> | |
| | * AMT Net Income | 247. | | | <7.> | |
| K1- | Oak Creek Plaza, Ltd. | | | | | |
| | * Regular Income | <1,659.> | | | | |
| | PAL Carryover | 2,854. | | | 2,854. | |
| | AMT PAL Carryover | <2,493.> | | | <2,493.> | |
| | AMT Adjustments | <12.> | | | <12.> | |
| | PAL Disallowed | <1,337.> | | | <1,337.> | |
| | AMT PAL Disallowed | 1,021. | | | 1,021. | |
| | * AMT Net Income | <1,626.> | | | 33. | |
| K1- | Salman Enterprises-General interest | | | | | |
| | * Regular Income | 46. | | | | |
| | AMT Adjustments | 4. | | | 4. | |
| | * AMT Net Income | 50. | | | 4. | |
| K1- | Salman Ranch, Ltd. | | | | | |
| | * Regular Income | <42.> | | | | |
| | AMT Adjustments | 1. | | | 1. | |
| | * AMT Net Income | <41.> | | | 1. | |

**D17**

Form 6251 Other Adjustment

919911
05-15-99

# ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT

Name(s): DAVID M & AVA SALMAN

Social Security Number: [REDACTED]

| Form Name | Description | Income | Adjustment | | | |
|---|---|---|---|---|---|---|
| | | | Form 6251, Line 8 | Form 6251, Line 9 | Form 6251, Line 11 | Form 6251, Line 14h |
| K1- | W.J.Salman FLP-General interest | | | | | |
| | * Regular Income | <2.> | | | | |
| | * AMT Net Income | <2.> | | | | |
| K1- | W.J.Salman FLP-Limited interest | | | | | |
| | * Regular Income | <420.> | | | | |
| | AMT Adjustments | 12. | | | 12. | |
| | * AMT Net Income | <408.> | | | 12. | |
| K1- | Salman Enterprises-Limited interest | | | | | |
| | * Regular Income | 1,629. | | | | |
| | AMT Adjustments | 162. | | | 162. | |
| | * AMT Net Income | 1,791. | | | 162. | |
| | ** Total Adj & Pref ** | | | | 0. | |

Form 6251, Other Adjustment

D18

919911
05-15-99