| Form **8271** (Rev. July 1998) Department of the Treasury Internal Revenue Service | Investor Reporting of Tax Shelter Registration Number  ▶ Attach to your tax return | OMB No. 1545-0881 Attachment Sequence No. **71** |
|---|---|---|
| Investor's name(s) shown on return | Investor's identifying number | Investor's tax year ended |
| DAVID M & AVA SALMAN | ▮▮▮▮▮ | 12/31/99 |

| | (a) Tax Shelter Name | (b) Tax Shelter Registration Number (11-digit number) | (c) Tax Shelter Identifying Number |
|---|---|---|---|
| 1 | Oak Creek Plaza, Ltd. | 85-193000982 | 36-3421908 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

| Form **8582** | **Passive Activity Loss Limitations** | OMB No. 1545-1008 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ See separate Instructions.<br>▶ Attach to Form 1040 or Form 1041. | **1999**<br>Attachment Sequence No. **88** |

Name(s) shown on return: DAVID M & AVA SALMAN

Identifying number: [redacted]

### Part I  1999 Passive Activity Loss

Caution: *See the instructions for Worksheets 1 and 2 on page 7 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the instructions.)

| | | |
|---|---|---|
| 1a Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | 1,675. |
| b Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | |
| c Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | |
| d Combine lines 1a, 1b, and 1c | 1d | 1,675. |

**All Other Passive Activities**

| | | |
|---|---|---|
| 2a Activities with net income (enter the amount from Worksheet 2, column (a)) | 2a | 19,373. |
| b Activities with net loss (enter the amount from Worksheet 2, column (b)) | 2b | <7,342.> |
| c Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) | 2c | <29,925.> |
| d Combine lines 2a, 2b, and 2c | 2d | <17,894.> |
| 3  Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Take the losses to the form or schedule you normally report them on.<br>If this line and line 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10. | 3 | <16,219.> |

### Part II  Special Allowance for Rental Real Estate With Active Participation

Note: *Enter all numbers in Part II as positive amounts. See page 7 for examples.*

Note: *If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, enter -0- on line 9 and go to line 10.*

| | | |
|---|---|---|
| 4  Enter the **smaller** of the loss on line 1d or the loss on line 3 | 4 | |
| 5  Enter $150,000. If married filing separately, see the instructions | 5 | |
| 6  Enter modified adjusted gross income, but not less than zero | 6 | |

Note: *If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9, and go to line 10. Otherwise, go to line 7.*

| | | |
|---|---|---|
| 7  Subtract line 6 from line 5 | 7 | |
| 8  Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | 8 | |
| 9  Enter the **smaller** of line 4 or line 8 | 9 | |

### Part III  Total Losses Allowed

| | | |
|---|---|---|
| 10  Add the income, if any, on lines 1a and 2a and enter the total | 10 | 21,048. |
| 11  **Total losses allowed from all passive activities for 1999.** Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return | 11 | 21,048. |

LHA  For Paperwork Reduction Act Notice, see separate instructions.                         Form 8582 (1999)

919761
10-21-99

D20

Alternative Minimum Tax

| Form **8582** | **Passive Activity Loss Limitations** | OMB No. 1545-1008 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ See separate Instructions. ▶ Attach to Form 1040 or Form 1041. | **1999** Attachment Sequence No. **88** |

| Name(s) shown on return | Identifying number |
|---|---|
| DAVID M & AVA SALMAN | |

### Part I  1999 Passive Activity Loss

**Caution:** *See the instructions for Worksheets 1 and 2 on page 7 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the instructions.)

| | | | |
|---|---|---|---|
| 1a | Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | 1,841. |
| b | Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | |
| c | Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | |
| d | Combine lines 1a, 1b, and 1c | 1d | 1,841. |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| 2a | Activities with net income (enter the amount from Worksheet 2, column (a)) | 2a | 19,373. |
| b | Activities with net loss (enter the amount from Worksheet 2, column (b)) | 2b | <7,196.> |
| c | Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) | 2c | <26,758.> |
| d | Combine lines 2a, 2b, and 2c | 2d | <14,581.> |
| 3 | Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Take the losses to the form or schedule you normally report them on. If this line and line 1d are losses, go to Part II. Otherwise, enter -0- on line 9 and go to line 10 | 3 | <12,740.> |

### Part II  Special Allowance for Rental Real Estate With Active Participation

**Note:** *Enter all numbers in Part II as positive amounts. See page 7 for examples.*

**Note:** *If your filing status is married filing separately and you lived with your spouse at any time during the year,* **do not** *complete Part II. Instead, enter -0- on line 9 and go to line 10.*

| | | | |
|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 | 4 | |
| 5 | Enter $150,000. If married filing separately, see the instructions | 5 | |
| 6 | Enter modified adjusted gross income, but not less than zero | 6 | |
| | **Note:** *If line 6 is greater than or equal to line 5, skip lines 7 and 8, enter -0- on line 9, and go to line 10. Otherwise, go to line 7.* | | |
| 7 | Subtract line 6 from line 5 | 7 | |
| 8 | Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | 8 | |
| 9 | Enter the **smaller** of line 4 or line 8 | 9 | |

### Part III  Total Losses Allowed

| | | | |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total | 10 | 21,214. |
| 11 | **Total losses allowed from all passive activities for 1999.** Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return | 11 | 21,214. |

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**                     Form **8582** (1999)

| Form 1040 | State and Local Income Tax Refunds | | | Statement 1 |
|---|---|---|---|---|
| | 1998 | 1997 | 1996 | |
| | New Mexico | | | |
| Gross state/local inc tax refunds | 164. | | | |
| Less: Tax paid in following year | 40. | | | |
| Net tax refunds   New Mexico | 124. | | | |
| Total net tax refunds | 124. | | | |

```
Form 1040              Taxable State and Local Income Tax Refunds        Statement    2

                                        1998              1997              1996
                                     _____          _____          _____
Net tax refunds from State and
 Local Income Tax Refunds Stmt.          124.

Less:Refunds-no benefit due to AMT

 1   Net refunds for recalculation      124.

 2   Total itemized deductions
       before phaseout              12,396.
 3   Deduction not subj to phaseout
 4   Net refunds from line 1             124.
                                     _____          _____          _____
 5   Line 2 minus lines 3 and 4      12,272.
 6   Multiply line 5 by 80% (.80)     9,818.
 7   Prior year AGI                 113,563.
 8   Item. ded. phaseout threshold  124,500.

 9   Subtract line 8 from line 7    <10,937.>
     (If zero or less, skip lines
     10 through 15, and enter
     amount from line 1 on line 16)
10   Multiply line 9 by 3% (.03)
11   Allowable itemized deductions
     (line 5 less the lesser of
      line 6 or line 10)
12   Item ded. not subj to phaseout

13a  Total adj. itemized deductions
13b  Prior yr. std. ded. available
14   Prior yr. allowable item. ded.
                                     _____          _____          _____
15   Subtract the greater of line
       13a or line 13b from line 14
16   Taxable refunds                    124.
     (lesser of line 15 or line 1)
17   Allowable prior yr. item. ded.  12,396.
18   Prior year std. ded. available   7,100.
                                     _____          _____          _____
19   Subtract line 18 from line 17    5,296.
20   Lesser of line 16 or line 19       124.
21   Prior year taxable income       93,067.

22   Amount to include on Form 1040, line 10
     * If line 21 is -0- or more, use amount from line 20
     * If line 21 is a negative amount, net lines 20 and 21                  124.

     State and local income tax refunds prior to 1996
                                                                         _____
     Total to Form 1040, line 10                                             124.
                                                                         ════════
```

| Form 1040 | | Wages Received and Taxes Withheld | | | | | Statement | 3 |

| T S | Employer's Name | Amount Paid | Federal Tax Withheld | State Tax Withheld | City SDI Tax W/H | FICA Tax | Medicare Tax |
|---|---|---|---|---|---|---|---|
| T | Santa Fe Greenhouses, Inc. | 104,676. | 25,103. | 6,295. | | 4,501. | 1,605. |
| S | Santa Fe Greenhouses, Inc. | 42,731. | 6,265. | 1,718. | | 3,021. | 706. |
| | Totals | 147,407. | 31,368. | 8,013. | | 7,522. | 2,311. |

| Schedule A | Miscellaneous Deductions Subject to Floor | Statement 4 |

| Description | Amount |
|---|---|
| Merrill Lynch Fee | 29. |
| From K-1 - Salman Ranch, Ltd. | 6. |
| From K-1 - William J. Salman Family Limited Partnership | 1. |
| Total to Schedule A, line 22 | 36. |

| Schedule A | State and Local Income Taxes | Statement 5 |

| Description | Amount |
|---|---|
| Santa Fe Greenhouses, Inc. | 6,295. |
| Santa Fe Greenhouses, Inc. | 1,718. |
| New Mexico Estimate Payments | 1,000. |
| New Mexico Prior Year Overpayment Applied | 164. |
| New Mexico Prior Year Estimate Payments | 600. |
| New Mexico Prior Year Balance Due and Extension Payments | 850. |
| Reduction of State Tax Deduction - State Refunds | <40.> |
| Total to Schedule A, line 5 | 10,587. |

| Schedule A | Cash Contributions | | Statement 6 |
|---|---|---|---|
| Description | | Amount 50% Limit | Amount 30% Limit |
| Miscellaneous | | 2,189. | |
| From K-1 - Salman Ranch, Ltd. | | 1. | |
| Subtotals | | 2,190. | |
| Total to Schedule A, line 15 | | | 2,190. |

| Schedule A | Itemized Deductions Worksheet | Statement 7 |
|---|---|---|

1. Add the amounts on Schedule A, lines 4, 9, 14, 18, 19, 26, and 27 .................... 18,946.
2. Add the amounts on Schedule A, lines 4, 13, and 19, plus any gambling and casualty or theft losses included on line 27 ............................. 0.
3. Is the amount on line 2 less than the amount on line 1? If no, your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28. If yes, subtract line 2 from line 1 .............. 18,946.
4. Multiply line 3 above by 80% (.80) .....    15,157.
5. Enter the amount from Form 1040, line 34. ..   174,990.
6. Enter: $126,600 if single, married filing jointly, head of household, or qualifying widow(er); $63,300 if married filing separately ..........................   126,600.
7. Is the amount on line 6 less than the amount on line 5? If no, your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28. If yes, subtract line 6 from line 5 .....    48,390.
8. Multiply line 7 above by 3% (.03) ......     1,452.
9. Enter the smaller of line 4 or line 8 ............. 1,452.
10. Total itemized deductions. Subtract line 9 from line 1. Enter the result here and on Schedule A, line 28 .... 17,494.

| Schedule D | Net Long-Term Gain or Loss from Forms 4797, 2439, 6252, 4684, 6781 and 8824 | Statement 8 |
|---|---|---|

| Description of Property | Gain or Loss | 28% Gain |
|---|---|---|
| Form 4797 | 18,666. | |
| Total to Schedule D, Part II, line 11 | 18,666. | |

**D26**

| Schedule D | Capital Gain Distributions | | Statement 9 |
|---|---|---|---|
| Name of Payer | | Total Capital Gain | 28% Gain |
| MLDW Dean Witter Reynolds | | 8,932. | |
| Totals to Schedule D, line 13 | | 8,932. | |

| Schedule E | Income or (Loss) from Partnerships and S Corps | Statement 10 |
|---|---|---|

Name

| Employer ID No. | Not at Risk | X if frn | Code | Passive Loss | Passive Income | Nonpassive Loss | Sec. 179 Deduction | Nonpassive Income |
|---|---|---|---|---|---|---|---|---|
| Oak Creek Plaza, Ltd. 36-3421908 | | | P | 1,659. | | | | |
| Salman Enterprises 85-0316019 | | | P | | 46. | | | |
| Salman Ranch, Ltd. 85-0351252 | | | P | 18,472. | 254. | | | |
| Salman Ranch, Ltd. 85-0351252 | | | P | 42. | | | | |
| William J. Salman Family Limited Partnership 85-0457469 | | | P | | 2. | | | |
| William J. Salman Family Limited Partnership 85-0457469 | | | P | 420. | | | | |
| Salman Enterprises 85-0316019 | | | P | | 1,629. | | | |
| Totals to Sch. E, ln. 28 | | | | 20,595. | 1,929. | | | |

| Schedule SE | Non-Farm Income | Statement 11 |
|---|---|---|

| Description | Amount |
|---|---|
| From Schedule C | 2,300. |
| Director Fees | 2,400. |
| Total to Schedule SE, line 2 | 4,700. |

| Form 4797 | | | Property Held More than One Year | | | Statement 12 |
|---|---|---|---|---|---|---|
| Description | Date Acquired | Date Sold | Sales Price | Depr. | Cost or Basis | Gain Or Loss |
| Salman Ranch, Ltd. | | | | | | 1,692. |
| W.J.Salman FLP-General interest | | | | | | 76. |
| W.J.Salman FLP-Limited interest | | | | | | 16,898. |
| Total to 4797, Part I, line 2 | | | | | | 18,666. |

| Form 6251 | | | Passive Activities | | Statement 13 |
|---|---|---|---|---|---|
| | | Net Income (Loss) | | | |
| Name of Activity | Form | AMT | Regular | Adjustment | |
| Oak Creek Plaza, Ltd. | Sch E | <1,626.> | <1,659.> | 33. | |
| Salman Enterprises-General interest | Sch E | 50. | 46. | 4. | |
| Salman Ranch, Ltd. | Sch E | <18,677.> | <18,472.> | <205.> | |
| Salman Ranch, Ltd. | Sch E | 247. | 254. | <7.> | |
| Salman Ranch, Ltd. | Form 4797 | 1,692. | 1,692. | | |
| Salman Ranch, Ltd. | Sch E | <41.> | <42.> | 1. | |
| W.J.Salman FLP-General interest | Form 4797 | 76. | 76. | | |
| W.J.Salman FLP-General interest | Sch E | <2.> | <2.> | | |
| W.J.Salman FLP-Limited interest | Form 4797 | 16,898. | 16,898. | | |
| W.J.Salman FLP-Limited interest | Sch E | <408.> | <420.> | 12. | |
| Salman Enterprises-Limited interest | Sch E | 1,791. | 1,629. | 162. | |
| Total to Form 6251, line 11 | | | | 0. | |

| Form 6251 | Exemption Worksheet | Statement 14 |
|---|---|---|

| | | | |
|---|---|---|---|
| 1 | Enter: $33,750 if single or head of household; $45,000 if married filing jointly or qualifying widow(er); $22,500 if married filing separately. . . . . . . . . . . . . . . . | | 45,000. |
| 2 | Enter your alternative minimum taxable income (AMTI) Form 6251, line 21 . . . . . . . . . . | 167,630. | |
| 3 | Enter: $112,500 if single or head of household; $150,000 if married filing jointly or qualifying widow(er); $75,000 if married filing separately . . . . . . . . . . . . . . | 150,000. | |
| 4 | Subtract line 3 from line 2. If zero or less enter zero. . . . . . . . . . . . . . . . . . | 17,630. | |
| 5 | Multiply line 4 by 25% (.25). . . . . . . . . . . . . . . . . . . | | 4,408. |
| 6 | Subtract line 5 from line 1. If zero or less, enter -0-. If this form is for a child under age 14, go to line 7 below. Otherwise, stop here and enter this amount on Form 6251, line 22, and go to Form 6251, line 23 . . . . . . . . . . . . | | 40,592. |
| 7 | Child's minimum exemption amount. . . . . . . . . . . . . . . | | |
| 8 | Enter the child's earned income, if any . . . . . . . . . . . | | |
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . | | |
| 10 | Enter the smaller of line 6 or line 9 here and on Form 6251, line 22, and go to Form 6251, line 23 . . . . . . . . . . . . . | | |

| Form 8582 | Active Rental of Real Estate - Worksheet 1 | Statement 15 |
|---|---|---|

| | Current Year | | Prior Year Unallowed | Overall Gain or Loss | |
|---|---|---|---|---|---|
| Name of Activity | Net Income | Net Loss | Loss | Gain | Loss |
| Salman Enterprises-General interest | 46. | 0. | | 46. | |
| Salman Enterprises-Limited interest | 1,629. | 0. | | 1,629. | |
| Totals | 1,675. | 0. | | 1,675. | |

**D29**

DAVID M & AVA SALMAN

| Form 8582 | Other Passive Activities - Worksheet 2 | | | | Statement 16 |
|---|---|---|---|---|---|

| Name of Activity | Current Year Net Income | Current Year Net Loss | Prior Year Unallowed Loss | Overall Gain or Loss - Gain | Overall Gain or Loss - Loss |
|---|---|---|---|---|---|
| Oak Creek Plaza, Ltd. | 0. | <142.> | <2,854.> | | <2,996.> |
| Salman Ranch, Ltd. | 0. | <6,736.> | <26,618.> | | <33,354.> |
| Salman Ranch, Ltd. | 707. | 0. | <453.> | 254. | |
| Salman Ranch, Ltd. | 1,692. | <42.> | | 1,650. | |
| W.J.Salman FLP-General interest | 76. | <2.> | | 74. | |
| W.J.Salman FLP-Limited interest | 16,898. | <420.> | | 16,478. | |
| Totals | 19,373. | <7,342.> | <29,925.> | 18,456. | <36,350.> |

| Form 8582 | Allocation of Unallowed Losses - Worksheet 4 | | | Statement 17 |
|---|---|---|---|---|

| Name of Activity | Form or Schedule | Loss | Ratio | Unallowed Loss |
|---|---|---|---|---|
| Oak Creek Plaza, Ltd. | Sch E | 2,996. | .082420908 | 1,337. |
| Salman Ranch, Ltd. | Sch E | 33,354. | .917579092 | 14,882. |
| Totals | | 36,350. | 1.000000000 | 16,219. |

| Form 8582 | Allowed Losses - Worksheet 5 | | | Statement 18 |
|---|---|---|---|---|

| Name of Activity | Form or Schedule | Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|
| Oak Creek Plaza, Ltd. | Sch E | 2,996. | 1,337. | 1,659. |
| Salman Ranch, Ltd. | Sch E | 33,354. | 14,882. | 18,472. |
| Totals | | 36,350. | 16,219. | 20,131. |

| Form 8582 | | Summary of Passive Activities | | | | Statement 19 |
|---|---|---|---|---|---|---|

| R R E A | Name | Form or Schedule | Gain/Loss | Prior Year C/O | Net Gain/Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|---|---|---|
| | Oak Creek Plaza, Ltd. | Sch E | <142.> | <2,854.> | <2,996.> | 1,337. | 1,659. |
| X | Salman Enterprises-General interest | Sch E | 46. | | 46. | | |
| | Salman Ranch, Ltd. | Sch E | <6,736.> | <26,618.> | <33,354.> | 14,882. | 18,472. |
| | Salman Ranch, Ltd. | Sch E | 707. | <453.> | 254. | | |
| | Salman Ranch, Ltd. | Form 4797 | 1,692. | | 1,692. | | |
| | Salman Ranch, Ltd. | Sch E | <42.> | | <42.> | | 42. |
| | W.J.Salman FLP-General interest | Form 4797 | 76. | | 76. | | |
| | W.J.Salman FLP-General interest | Sch E | <2.> | | <2.> | | 2. |
| | W.J.Salman FLP-Limited interest | Form 4797 | 16,898. | | 16,898. | | |
| | W.J.Salman FLP-Limited interest | Sch E | <420.> | | <420.> | | 420. |
| X | Salman Enterprises-Limited interest | Sch E | 1,629. | | 1,629. | | |
| | Totals | | 13,706. | <29,925.> | <16,219.> | 16,219. | 20,595. |

Prior year carryovers allowed due to current year net activity income       453.

Total to Form 8582, line 11                                              21,048.

D31

| Form 8582 | | Alternative Minimum Tax<br>Active Rental of Real Estate - Worksheet 1 | | | Statement 20 |
|---|---|---|---|---|---|
| | Current Year | | Prior Year<br>Unallowed | Overall Gain or Loss | |
| Name of Activity | Net Income | Net Loss | Loss | Gain | Loss |
| Salman Enterprises-General interest | 50. | 0. | | 50. | |
| Salman Enterprises-Limited interest | 1,791. | 0. | | 1,791. | |
| Totals | 1,841. | 0. | | 1,841. | |

| Form 8582 | | Alternative Minimum Tax<br>Other Passive Activities - Worksheet 2 | | | Statement 21 |
|---|---|---|---|---|---|
| | Current Year | | Prior Year<br>Unallowed | Overall Gain or Loss | |
| Name of Activity | Net Income | Net Loss | Loss | Gain | Loss |
| Oak Creek Plaza, Ltd. | 0. | <154.> | <2,493.> | | <2,647.> |
| Salman Ranch, Ltd. | 0. | <6,591.> | <23,805.> | | <30,396.> |
| Salman Ranch, Ltd. | 707. | 0. | <460.> | 247. | |
| Salman Ranch, Ltd. | 1,692. | <41.> | | 1,651. | |
| W.J.Salman FLP-General interest | 76. | <2.> | | 74. | |
| W.J.Salman FLP-Limited interest | 16,898. | <408.> | | 16,490. | |
| Totals | 19,373. | <7,196.> | <26,758.> | 18,462. | <33,043.> |

| Form 8582 | | Alternative Minimum Tax<br>Allocation of Unallowed Losses - Worksheet 4 | | | Statement 22 |
|---|---|---|---|---|---|
| Name of Activity | | Form or Schedule | Loss | Ratio | Unallowed Loss |
| Oak Creek Plaza, Ltd. | | Sch E | 2,647. | .080107738 | 1,021. |
| Salman Ranch, Ltd. | | Sch E | 30,396. | .919892262 | 11,719. |
| Totals | | | 33,043. | 1.000000000 | 12,740. |

D32

| Form 8582 | | Alternative Minimum Tax<br>Allowed Losses - Worksheet 5 | | | Statement 23 |
|---|---|---|---|---|---|
| Name of Activity | Form or Schedule | Loss | Unallowed Loss | Allowed Loss | |
| Oak Creek Plaza, Ltd. | Sch E | 2,647. | 1,021. | 1,626. | |
| Salman Ranch, Ltd. | Sch E | 30,396. | 11,719. | 18,677. | |
| Totals | | 33,043. | 12,740. | 20,303. | |

| Form 8582AMT | | Summary of Passive Activities - AMT | | | | Statement 24 |
|---|---|---|---|---|---|---|
| R R E A Name | Form or Schedule | Gain/Loss | Prior Year C/O | Net Gain/Loss | Unallowed Loss | Allowed Loss |
| Oak Creek Plaza, Ltd. | Sch E | <154.> | <2,493.> | <2,647.> | 1,021. | 1,626. |
| X Salman Enterprises-Gener l interest | Sch E | 50. | | 50. | | |
| Salman Ranch, Ltd. | Sch E | <6,591.> | <23,805.> | <30,396.> | 11,719. | 18,677. |
| Salman Ranch, Ltd. | Sch E | 707. | <460.> | 247. | | |
| Salman Ranch, Ltd. | Form 4797 | 1,692. | | 1,692. | | |
| Salman Ranch, Ltd. | Sch E | <41.> | | <41.> | | 41. |
| W.J.Salman FLP-General interest | Form 4797 | 76. | | 76. | | |
| W.J.Salman FLP-General interest | Sch E | <2.> | | <2.> | | 2. |
| W.J.Salman FLP-Limited interest | Form 4797 | 16,898. | | 16,898. | | |
| W.J.Salman FLP-Limited interest | Sch E | <408.> | | <408.> | | 408. |
| X Salman Enterprises-Limit d interest | Sch E | 1,791. | | 1,791. | | |
| | | 14,018. | <26,758.> | <12,740.> | 12,740. | 20,754. |

| | |
|---|---:|
| Totals | |
| Prior year carryovers allowed due to current year net activity income | 460. |
| Total to Form 8582AMT, line 11 | 21,214. |

D35

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 104676.00 | 25102.58 |
| 3 Social security wages | 4 Social security tax withheld |
| 72600.00 | 4501.20 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 110676.00 | 1604.80 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001001 ASE | 016005 | A | 93 |

c Employer's name, address, and ZIP code
SANTE FE GREENHOUSES INC

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 85-0315882 | |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13  S 6000.00 | 14 Other |

| 15 Stat emp. | Deceased | Pension plan X | Legal rep. | Deferred comp. X |
|---|---|---|---|---|

e/f Employee's name, address and ZIP code
DAVID M. SALMAN

| 16 State NM | Employer's state ID no. 01-197184-00 3 | 17 State wages, tips, etc. 104676.00 |
|---|---|---|
| 18 State income tax  6294.79 | | 19 Locality name |
| 20 Local wages, tips, etc. | | 21 Local income tax |

Federal Filing Copy
**W-2** Wage and Tax Statement **1999**
Copy B to be filed with employee's Federal Income Tax Return.   OMB No. 1545-0008

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 42731.00 | 6264.77 |
| 3 Social security wages | 4 Social security tax withheld |
| 48723.00 | 3020.83 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 48723.00 | 706.48 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 001301 ASE | 056010 | A | 92 |

c Employer's name, address, and ZIP code
SANTE FE GREENHOUSES INC

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 85-0315882 | |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13 | 14 Other |
| S 5992.00 | |

| 15 Stat emp. | Deceased | Pension plan | Legal rep. | Deferred comp. |
|---|---|---|---|---|
| | | X | | X |

e/f Employee's name, address and ZIP code
AVA M. SALMAN
111 CALLE PAISANO
SANTA FE, NM 87505

| 16 State | Employer's state ID no. | 17 State wages, tips, etc. |
|---|---|---|
| NM | 01-197184-00 3 | 42731.00 |
| 18 State income tax | | 19 Locality name |
| 1718.46 | | |
| 20 Local wages, tips, etc. | | 21 Local income tax |

Federal Filing Copy
**W-2** Wage and Tax Statement **1999**
Copy B to be filed with employee's Federal Income Tax Return.    OMB No. 1545-0008

**D36**



INTERNAL REVENUE SERVICE
AUSTIN, TEXAS  73301-0002

**D37**