**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Salman Ranch LTD, a New Mexico Limited Partnership, and William J. Salman as Tax Matters Partner Partner, | § | |
| | § | Case No. 06-503-T |
| Plaintiffs, | § | |
| | § | Judge Christine O.C. Miller |
| v. | § | |
| | § | |
| United States of America, | § | |
| | § | |
| Defendant. | § | |

PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the plaintiffs respectfully move for an enlargement of time of 11 days from May 3, 2007 to May 14, 2007, within which to file plaintiffs' response to defendant's Cross-Motion for Summary Judgment.

In support of this motion, the plaintiffs state the following:

1. Plaintiffs counsel discussed this motion with David R. House, defendant's counsel, on April 24, 2007. Defendant has no objections to the requested 11-day extension.

2. This is the first enlargement requested with respect to plaintiffs' response to defendant's cross motion..

3. Plaintiffs filed their Motion for Summary Judgment in this matter on February 1, 2007.

4. Defendant filed its Cross-Motion for Summary Judgment in this matter on April 2, 2007.

5. The issue for purposes of summary judgment is whether the six-year statute of limitations for assessment under 26 U.S.C. §§ 6229(c)(2) or 6501(e)(1)(A) applies to the partnership items of Salman Ranch LTD. Defendant's cross-motion raises issues as to these statutes that require additional research and analysis.

WHEREFORE, the plaintiffs pray that their motion for an 11-day extension of time to respond to defendant's cross-motion be allowed.

Respectfully submitted on April 24, 2007,

By: s/ Adam M. Cohen
Adam M. Cohen, attorney of record
Colorado State Bar No. 31924
Alan Poe, of counsel
Colorado State Bar No. 7641

HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
(303) 295-8372 Telephone
(303) 295-8261 Facsimile
acohen@hollandhart.com
apoe@hollandhart.com

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Salman Ranch LTD, a New Mexico Limited Partnership, and William J. Salman as Tax Matters Partner Partner, | § | |
| Plaintiffs, | § | Case No. 06-503-T |
| v. | § | Judge Christine O.C. Miller |
| United States of America, | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT**

THE COURT, having considered the Plaintiffs' Unopposed Request for Extension of Time to Respond to Defendant's Cross Motion for Summary Judgment and the entire file herein, and good cause being shown therefore, hereby ORDERS that:

The time for filing the plaintiffs' response to the defendant's cross motion is extended to May 14, 2007

DATED this _____ day of __________, 2007.

BY THE COURT:

______________________________
Christine O.C. Miller, Judge
United States Court of Federal Claims

3701016_1.DOC