## II. STATEMENT OF CASE

History of the Ranch. William Salman Ranch, Inc. (the "Corporation") was incorporated on March 1, 1974 in New Mexico.[1] The Corporation operated a ranch in Mora County, New Mexico known as the Salman Ranch (the "Ranch").[2]

Beginning in about 1976, William J. Salman and his siblings, David M. Salman and Frances S. Koenig, and their families began receiving stock in the Corporation as gifts.[3] On December 1, 1986, the shareholders and directors of William Salman Ranch, Inc. adopted resolutions to dissolve the Corporation.[4] By deeds and bills of sale, the Corporation transferred the Ranch to the shareholders on December 22, 1986.[5] At that time, the shareholders (and their interest in the Corporation) were William J. Salman (8.7286%), David M. Salman (8.7286%), Frances S. Koenig (8.7276%), the Frances D. Salman Testamentary Trust (46.3235%), David Mark Salman (4.0336%), Michael Richard Salman (4.0336%), Jefferson Brandli Salman (7.3190%), Lynn Koenig (4.0336%), Lisa Koenig (4.0336%) and Julia S. Koenig (4.0373%).[6]

Formation of the Partnership. On January 1, 1987, the Partnership was formed and each of the former shareholders of the Corporation contributed their undivided interests in the Ranch to the Partnership.[7] The interests in the Partnership from January 1, 1987 to January 1, 1989 were:[8]

---

[1] New Mexico Secretary of State Record for William Salman Ranch, Inc., attached as Pl. Ex. 4.
[2] Prop. Finding 2 citing Decl. ¶ 3.
[3] Prop. Finding 3 citing Decl. ¶ 4.
[4] Prop. Finding 4 citing Decl. ¶ 5.
[5] Prop. Finding 5 citing Decl. ¶ 6.
[6] Prop. Finding 6 citing Decl. ¶ 7.
[7] Prop. Finding 7 citing Decl. ¶ 8.
[8] Prop. Finding 8 citing Decl. ¶ 9.

| Name | General Partner Interest | Limited Partner Interest |
|---|---|---|
| William J. Salman | 0.74982% | 7.97878% |
| David M. Salman | 0.74982% | 7.97878% |
| Frances S. Koenig | 0.74982% | 7.97878% |
| Frances D. Salman Testamentary Trust | 0.0% | 46.3235% |
| David Mark Salman | 0.0% | 4.0336% |
| Michael R. Salman | 0.0% | 4.0336% |
| Jefferson B. Salman | 0.0% | 7.3190% |
| Lynn Koenig | 0.0% | 4.0336% |
| Lisa Koenig | 0.0% | 4.0336% |
| Julia Koenig | 0.0% | 4.0373% |

On January 1, 1989, the Frances D. Salman Testamentary Trust distributed its interests in the Partnership to William J. Salman, David M. Salman and Frances S. Koenig, in roughly equal parts.[9]

On October 8, 1999, each of William J. Salman, David Mark Salman, Michael R. Salman, Aaron G. Salman, Jacob M. Salman, David M. Salman, Jefferson B. Salman, Molly M. Salman, Mackenzie A. Salman, Frances S. Koenig, Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn and Emma M. Reford (the "Relevant Taxpayers") entered into short sales of U.S. Treasury Notes, bearing 5.625% coupons.[10] These short sale resulted in aggregate cash proceeds of approximately $10,982,373.[11] On or about October 13, 1999, the Relevant

[9] Prop. Finding 9 citing Decl. ¶ 10.

[10] Prop. Finding 10 citing Decl. ¶ 11.

[11] Prop. Finding 11 citing Decl. ¶ 12.

Taxpayers transferred the short positions and the cash proceeds to the Partnership.[12] The Partnership closed the short sales shortly thereafter at a cost of approximately $10,980,688.[13]

On December 30, 1998, the New Mexico Secretary of State recorded the filing of certificates of limited partnership for William J. Salman Family Limited Partnership ("WJS FLP"), David M. Salman Family Limited Partnership ("DMS FLP") and Frances S. Koenig Family Limited Partnership ("FSK FLP").[14] On November 30, 1999, William J. Salman, David Mark Salman, Michael R. Salman, Aaron G. Salman and Jacob M . Salman contributed a portion of their interests in the Partnership to WJS FLP.[15] Likewise, on November 30, 1999, David M. Salman, Jefferson B. Salman, Molly M. Salman and Mackenzie A. Salman contributed a portion of their interests in the Partnership to DMS FLP.[16] Also, on November 30, 1999, Frances S. Koenig, Julia S. Koenig, Lisa Koenig, Lynn Koenig-Trojahn, Rachel Trojahn and Emma M. Reford contributed a portion of their interests in the Partnership to FSK FLP.[17] After these transfers, the interests in the Partnership were:[18]

| Name | General Partner Interest | Limited Partner Interest |
|---|---|---|
| William J. Salman | 0.74982% | 0.5000% |

[12] Prop. Finding 12 citing Decl. ¶ 13.

[13] Prop. Finding 13 citing Decl. ¶ 14.

[14] *See* Certified Copy of Certificate of Limited Partnership for Williams J. Salman Family Limited Partnership, attached as Pl. Ex. 1; Certified Copy of Certificate of Limited Partnership for David M. Salman Family Limited Partnership, attached as Pl. E. 2; and Certified Copy of Certificate of Limited Partnership for Francis S. Koenig Family Limited Partnership, attached as Pl. Ex. 3.

[15] Prop. Finding 15 citing Decl. ¶ 15.

[16] Prop. Finding 16 citing Decl. ¶ 16.

[17] Prop. Finding 17 citing Decl. ¶ 17.

[18] Prop. Finding 18 citing Decl. ¶ 18.

| | | |
|---|---|---|
| David M. Salman | 0.74982% | 0.5000% |
| Frances S. Koenig | 0.74982% | 0.5000% |
| David Mark Salman | 0.0% | 0.5000% |
| Michael R. Salman | 0.0% | 0.5000% |
| Jefferson B. Salman | 0.0% | 0.5000% |
| Lynn Koenig | 0.0% | 0.5000% |
| Lisa Koenig | 0.0% | 0.5000% |
| Julia Koenig | 0.0% | 0.5000% |
| Rachel Trojahn | 0.0% | 0.5000% |
| Jacob M. Salman | 0.0% | 0.5000% |
| Aaron G. Salman | 0.0% | 0.5000% |
| Molly M. Salman | 0.0% | 0.5000% |
| Mackenzie A. Salman | 0.0% | 0.5000% |
| Emma Redford | 0.0% | 0.5000% |
| WJS FLP | 0.0% | 28.9871% |
| DMS FLP | 0.0% | 28.7390% |
| FSK FLP | 0.0% | 32.5245% |

Sale of the Ranch. On December 23, 1999, the Partnership sold a portion of the Ranch for $7,088,588.[19] At that time, the Partnership also sold an option to acquire the remainder of the Ranch (with the exception of approximately 2400 acres surrounding the original hacienda, the

[19] Prop. Finding 19 citing Decl. ¶ 19.

buildings located near to the original hacienda and the dwelling house of David M. Salman), with an option price of $100,000 and an exercise price of $656.12 per acre.[20]

The Partnership reported the sale that occurred on December 23, 1999 on its IRS Form 1065 for the 1999 Tax Year (the "Partnership's Return").[21] The Partnership's Return was filed during 2000.[22]

The gain on the sale of the Ranch was reported as gain on the sale of property used in the Partnership's trade or business on line 6 of Schedule K of the Partnership's Return, which requires IRS Form 4797 to be attached.[23] This gain was reported on line 6 of the Form 4797 that was attached to the Partnership's Return.[24] The detail of the transaction was reported on line 2 of that form. Line 2(d) of the Form 4797 attached to the Partnership's Return stated the "gross sales price" as $7,188,588.[25] Line 2(f) of that form disclosed the costs of the property as $6,850,276.[26] Line 6 of each Schedule K-1 issued by the Partnership to its partners for the 1999 Tax Year contained each partner's share from the sale.[27]

WJS FLP, DMS FLP and FSK FLP each reported its share from the sale to its partners on its tax return for the 1999 Tax Year and on the Schedule K-1s issued by each of them for that year to its partners.[28] Each of the Relevant Taxpayers reported (and paid tax on) his or her share

---

[20] Prop. Finding 20 citing Decl. ¶ 20.

[21] Prop. Finding 21 citing Decl. ¶ 20.

[22] Prop. Finding 21 citing Decl. ¶ 20.

[23] Prop. Finding 22 citing Decl. ¶ 20.

[24] Prop. Finding 23 citing Decl. ¶ 20.

[25] Prop. Finding 24 citing Decl. ¶ 20.

[26] Prop. Finding 24 citing Decl. ¶ 20.

[27] Prop. Finding 25 citing Decl. ¶ 20.

[28] Prop. Finding 26 citing Decl. ¶ 23-24; *See, e.g.*, WJS FLP 1999 Form 1065, attached as Pl. Ex. B to Decl.

from the sale on IRS Forms 1040 for the 1999 Tax Year, each of which was filed during 2000.[29] None of the Partnership, WJS FLP, DMS FLP, FSK FLP, or any of the Relevant Taxpayers agreed to any extension of the periods provided for the assessment of income taxes for the 1999 Tax Year.[30]

The IRS Proceedings. On March 6, 2006, the IRS sent a Notice of Beginning of Administrative Proceedings to the Partnership and its partners.[31] The IRS sent Information Document Requests to the Partnership on March 6, 2006.[32] The response to these requests were sent on March 27, 2006.[33] On April 10, 2006, the IRS sent the FPAA to the Partnership and its partners.[34] The FPAA proposed an adjustment to the Partnership's treatment of its sale of the Ranch, by decreasing the Partnership's basis in the Ranch and therefore increasing the tax on the sale of the ranch.[35] On July 5, 2006, the Partnership and William J. Salman, as the tax matters partner of the Partnership, filed their complaint in this Court.[36] The United States answered on November 2, 2006.[37]

## III. SUMMARY OF ARGUMENT

26 U.S.C. § 6501(a) provides that the taxes for a tax year must be assessed within three years after the return for that tax year was filed. 26 U.S.C. § 6229(a) provides that the period for

---

[29] Prop. Finding 27 citing Decl. ¶ 26-27; *See, e.g.*, William J. Salman 1999 Form 1040, attached as Pl. Ex. C to Decl.

[30] Prop. Finding 35 citing Decl. ¶ 29.

[31] *See* Notice of Beginning of Administrative Proceeding.

[32] *See* Forms 4564, Information Document Requests 1-2.

[33] Prop. Finding 30 citing Decl. ¶ 28.

[34] *See* Notice of Final Partnership Administrative Adjustment, attached to Comp. for Readjustment of Partnership Items.

[35] *Id.*

[36] *See* Comp. for Readjustment of Partnership Items.

[37] *See* Answer.