# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **SALMAN RANCH LTD, and WILLIAM J. SALMAN, as Tax Matters Partner,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 06-503T |
| **THE UNITED STATES,** | * | (Filed June 6, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Argument on the parties' cross-motions for summary judgment shall be held at 3:00 p.m. on Tuesday, July 10, 2007, in the Howard T. Markey National Court's Building, 717 Madison Place, N.W., Washington, DC. Counsel for plaintiffs shall notify the court at 202/357-6620 by July 3, 2007, if he wishes to participate by telephone conference call to be placed by the court.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge