IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Christine O.C. Miller

No. 06-503

SALMAN Ranch LTD, a New Mexico Limited partnership,
and William J. Salmon as Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

**UNITED STATES' MOTION FOR LEAVE
TO GIVE NOTICE OF RECENT AUTHORITY**[1]

The United States moves the Court for leave to cite a U.S. Tax Court opinion decided on June 14, 2007: *Bakersfield Energy Partners, LP v. Commissioner*, No. 4204-06 (T.C. June 14, 2007) (Judge Cohen). The Tax Court's opinion concludes that an omission of net gain from the sale of business assets does not qualify as an omission under 26 U.S.C. § 6501(e). The United States respectfully disagrees with the Tax Court's opinion and is ready to provide briefing on the opinion if the Court desires.

[1]A similar Motion for Leave to Give Notice is being filed in *Grapevine Imports, Ltd. v. United States*, Fed. Cl. No. 05-296 T (Judge Allegra); and *Leadbetter Family, LLP v. United States*, Fed. Cl. No. 06-492 T (Judge Hodges).

Respectfully submitted,

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
CHRISTOPHER R. EGAN
Trial Attorney
GROVER HARTT, III
Special Litigation Counsel

s/Grover Hartt, III
OF COUNSEL