**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Salman Ranch LTD, a New Mexico Limited Partnership, and William J. Salman as Tax Matters Partner Partner, | § | |
| Plaintiffs, | § | Case No. 06-503-T |
| | § | Judge Christine O.C. Miller |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

PLAINTIFFS' NOTICE OF ADDITIONAL AUTHORITY

The Plaintiffs notify the Court of a U.S. Tax Court opinion decided on June 14, 2007 entitled *Bakersfield Energy Partners, LP v. Commissioner*, No. 4204-06, in which Judge Cohen for the Tax Court concluded that no omission results from an alleged overstatement of basis, applying the Supreme Court's decision in *Colony, Inc. v. Commissioner*, 357 U.S. 38 (1958), and the 6-year period of limitations set forth in section 6501(e) does not apply. While the Plaintiffs are prepared to provide briefing on the opinion, if the Court desires, the Plaintiffs believe no further briefing is required as the arguments, rationales, law and many of the basic facts considered by the Tax Court are essentially the same as those already briefed with respect to the Plaintiffs' Motion for Summary Judgment and the Defendant's Cross-Motion for Summary Judgment.

Respectfully submitted on June 19, 2007,

By: s/ Adam M. Cohen

Adam M. Cohen, attorney of record
Colorado State Bar No. 31924
Alan Poe, of counsel
Colorado State Bar No. 7641

HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
(303) 295-8372 Telephone
(303) 295-8261 Facsimile
acohen@hollandhart.com
apoe@hollandhart.com

ATTORNEYS FOR PLAINTIFFS