# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **SALMAN RANCH LTD, and WILLIAM J. SALMAN, as Tax Matters Partner,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 06-503T |
| **THE UNITED STATES,** | * | (Filed July 11, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the argument held on July 10, 2007,

**IT IS ORDERED**, as follows:

1. By July 24, 2007, defendant shall file a supplemental brief, not to exceed ten pages, addressing the following issues:

1) the weight accorded an opinion of the Tax Court by a single judge, as contrasted to an opinion issued by all the judges of the Tax Court. *Compare* Rhone-Poulenc Surfactants and Specialties, L.P. v. Commissioner, 114 T.C. 533 (2000), *with* Bakersfield Energy Partners v. Commissioner, 128 T.C. 17 (2007); and

2) whether the decision in Bakersfield Energy Partners v. Commissioner, 128 T.C. 17 (2007), is consistent with existing and/or binding precedent, and any possible reconciliation of the Bakersfield decision and Colony, Inc. v. Commissioner, 357 U.S. 28 (1958), with the facts of this case.

2. By August 7, 2007, plaintiffs shall file their reply brief, not to exceed ten pages.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge