IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Christine O.C. Miller

No. 06-503

SALMAN Ranch LTD, a New Mexico Limited partnership,
and William J. Salmon as Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

MOTION TO EXCEED PAGE LIMIT IN LIGHT
OF RECENT DECISION IN *GRAPEVINE v. UNITED STATES*

On July 11, 2007, the Court issued an Order as to further briefing in this case, not to exceed 10 pages. On July 17, 2007, the Court of Federal Claims issued a decision in *Grapevine v. United States*, Docket No. 05-296 T, in which the Court determined that the 6-year extension of the statute of limitation in § 6501(e)(1)(A) was inapplicable. The defendant respectfully moves to extend the page limitation for both parties from 10 to 14 pages to enable further briefing with respect to the recent decision in *Grapevine*. Plaintiff has no objection to the requested extension of page limits.

WHEREFORE, the defendant prays that its motion for an extension of page limits from 10 to 14 pages be allowed.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims

s/David Gustafson
OF COUNSEL