IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Christine O.C. Miller

No. 06-503

SALMAN Ranch LTD, a New Mexico Limited partnership,
and William J. Salmon as Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

**UNITED STATES' MOTION FOR LEAVE
TO GIVE NOTICE OF RECENT AUTHORITY**

The United States moves the Court for leave to cite a U.S. District Court opinion decided on July 30, 2007: *Brandon Ridge Partners v. United States*, Dkt No. 8:06-cv-1340-T24-MAP (DC MD Fl. July 30, 2007) (Judge Bucklew). The United States District Court declined to follow *Grapevine v. United States*, Fed. Cl. No. 05-296T (July 17, 2007), and *Bakersfield v. Commissioner*, 128 T.C. 17 (2007), in holding that the 6-year statute of limitations of § 6501(e)(1)(A) applied where the transfer of the obligation to cover a short sale of treasury

stock to a partnership in a Son of BOSS transaction was not reported on either the partnership return or the individual partners' returns. A copy of the opinion is attached.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
CHRISTOPHER R. EGAN
Trial Attorney
GROVER HARTT, III
Special Litigation Counsel

s/Grover Hartt, III
OF COUNSEL