# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SALMAN RANCH LTD, and WILLIAM J. SALMAN, as Tax Matters Partner,** *

Plaintiffs, *

v. * No. 06-503T

**THE UNITED STATES,** * (Filed Aug. 2, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the order entered on July 11, 2007, regarding supplemental briefing, and to the United States' Motion for Leave To Give Notice of Recent Authority filed this date, the court's analysis has proceeded to the point where the superfluousness of 26 U.S.C. § 6501(e)(1)(A)(I) (2000), is of concern, should the court adopt plaintiffs' argument on statutory construction and reject defendant's reading of Colony v. Comm'r, 357 U.S. 28 (1958). Therefore, the decision in Brandon Ridge Partners v. United States, No. 8:06-cv-1340-T-24MAP (M.D. Fla. July 30, 2007), becomes pertinent, especially because it lucidly sets forth the factual background and relevant information from the tax returns involved. The court solicits the parties' views of the factual similarities, including information disclosed in the tax returns, between this case and Brandon Ridge and Grapevine Importers Ltd. v. United States, No. 05-296T (Fed. Cl. July 17, 2007). Accordingly,

**IT IS ORDERED**, as follows:

1. Defendant's motion to give notice is granted.

2. Paragraph 2 of the order entered on July 11, 2007, is vacated.

3. By August 10, 2007, defendant shall file a further supplemental brief, not to exceed ten pages, discussing the applicability of the opinions in Brandon Ridge and Grapevine to the facts of this case. (The court appreciates that, to the extent noted, Brandon Ridge applied the law of the United States Court of Appeals for the Fifth Circuit.)

4. By August 21, 2007, plaintiffs shall file their supplemental brief, not to exceed twenty pages, addressing the applicability of the opinions in Brandon Ridge and Grapevine to the facts of this case.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge