IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Christine O.C. Miller)

No. 06-503

SALMAN Ranch LTD, a New Mexico Limited partnership,
and William J. Salmon as Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

THE UNITED STATES' REPLY TO PLAINTIFFS' MOTION
TO AMEND THE OPINION AND ORDER OF NOVEMBER 9, 2007,
TO ADD THE STATEMENT REQUIRED FOR AN APPLICATION FOR
INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(d)(2)

The United States does not object to Plaintiffs' Motion to amend the opinion of November 9, 2007, to add the statement required for an application for interlocutory appeal under 28 U.S.C. § 1292(d)(2).

Respectfully submitted,
s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
CHRISTOPHER R. EGAN
Trial Attorney
GROVER HARTT, III
Special Litigation Counsel
s/Grover Hartt, III
OF COUNSEL