# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

## MISC. NO. 866 – SALMAN RANCH V US

**Date of docketing**: 12/20/2007

A petition for permission to appeal has been filed.

**Name of petitioner**(s): Salman Ranch LTD and William J. Salman

**Name of respondent**(s), if known: United States

**Related action**: 06-CV-503

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of Interest. See Fed. Cir. R. 47.4.

  **Note:** Facsimile transmission is permitted (Fed. Cir. R. 25, Practice Note): (202) 633-9623.

**Attachments:**

- Official caption to all.
- Entry of appearance form to all.

Jan Horbaly
Clerk

cc: Federal Claims
David R. House
Adam M. Cohen

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 866

SALMAN RANCH LTD and WILLIAM J. SALMAN,

Plaintiffs-Petitioners,

v.

UNITED STATES,

Defendant-Respondent.

On Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b) from the United States Court of Federal Claims in case no. 06-CV-503, Judge Christine O.C. Miller.

Authorized Abbreviated Caption[2]

SALMAN RANCH v US, MISC. NO. 866

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.