ORIGINAL

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

RECEIVED
MAR 13 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

March 12, 2008

**Title:** SALMAN RANCH V US
**Case Number:** 2008-M866

**To:** Clerk

**Re:** U.S. Court of Federal Claims, , 06-CV-503

Dear Clerk:

This is to inform you that the Petition for Permission to Appeal has been granted in the above-entitled case.

Please transmit the following to this court: (a) a certified copy of the docket entries, (b) the Appeal Information Sheet, and (c) proof of payment of filing fee.

Thank you for your cooperation.

Very truly yours,

Jan Horbaly / CLT

Jan Horbaly
Clerk

Enclosure

cc: Adam M. Cohen
Joan I. Oppenheimer